Peter C. Renn (Admitted *Pro Hac Vice*)
prenn@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Telephone:  (213) 382-7600
Facsimile:  (213) 351-6050

Kara N. Ingelhart (Admitted *Pro Hac Vice*)
kingelhart@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
105 W. Adams St., 26th Fl.
Chicago, IL 60603
Telephone:  (312) 663-4413
Facsimile:  (312) 663-4307

Monica G. Cockerille (ISB No. 5532)
monicacockerille@me.com
Cockerille Law Office, PLLC
2291 N. 31st St.
Boise, ID 83703
Telephone:  (208) 343-7676
Facsimile:  (866) 226-2499

Attorneys for Plaintiff F.V.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| F.V.,<br><br>                *Plaintiff*,<br><br>      v.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics, | No. 1:17-cv-00170-CWD<br><br>**PLAINTIFF AND DEFENDANTS' STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; and**<br><br>**NOTICE OF DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY** |

*Defendants*.

Plaintiff F.V. ("Plaintiff") and Defendants Richard Armstrong, Elke Shaw-Tulloch, and James Aydelotte ("Defendants") hereby stipulate and agree that:

1. Service of process is complete, and the deadline for Defendants to answer or otherwise respond to the complaint may be extended to June 2, 2017, as reflected in the proposed order concurrently submitted pursuant to Local Rule 7.1(a)(4); and

2. Defendants do not oppose Plaintiff's motion to proceed anonymously (Dkt. #4) and do not oppose the Court's entry of Plaintiff's proposed order submitted on April 18, 2017 pursuant to Local Rule 7.1(a)(4).

DATED: May 8, 2017    By:    /s/ Monica G. Cockerille
                                        Monica G. Cockerille
                                        monicacockerille@me.com
                                        Cockerille Law Office, PLLC
                                        2291 N. 31st St.
                                        Boise, ID 83703
                                        Telephone:  (208) 343-7676
                                        Facsimile:   (866) 226-2499

                                        Attorney for Plaintiff F.V.

                            By:    /s/ Scott Zanzig
                                        Scott Zanzig
                                        scott.zanzig@ag.idaho.gov
                                        Office of the Attorney General
                                        Civil Litigation Division
                                        P.O. Box 83720
                                        Boise, ID 83720
                                        Telephone:  (208) 332-3556
                                        Facsimile:   (208) 854-8073

                                        Attorney for Defendants Richard Armstrong, Elke
                                        Shaw-Tulloch, and James Aydelotte

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of May, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Not Applicable

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. first class mail, postage prepaid addressed as follows:

Scott Zanzig
Office of the Attorney General
Civil Litigation Division
P.O. Box 83720
Boise, ID 83720-0010

/s/ Monica G. Cockerille
Monica G. Cockerille
Attorney for Plaintiff