UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| F.V.,<br><br>   *Plaintiff*,<br><br>  v.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>   *Defendants*. | Case No. 1:17-cv-00170-CWD<br><br>**PROTECTION ORDER** |

  Pursuant to the Court's Order granting Plaintiff's unopposed motion for Protective Order (Dkt. 16), the Court hereby ORDERS that:

  1. Plaintiff F.V. is permitted bring this action under her initials in order to protect her identity from public disclosure;

  2. In all publicly-filed documents in this case, Plaintiff F.V. shall hereafter be identified only by her initials/fictitious name;

  3. All documents filed with this Court that contain the name of Plaintiff F.V.

**PROTECTION ORDER—1**

shall be filed under seal or redacted so as not to disclose her name;

4. If requested to do so, Plaintiff's counsel shall disclose the name of Plaintiff F.V. to counsel for the Defendants;

5. Counsel for the Defendants may only disclose the identity of Plaintiff F.V. as a party to this case to Defendants, necessary employees of Defendants' counsel, employees of Defendants, experts retained in this case, and other individuals necessary to present a defense, but only to the minimum extent necessary to litigate this action;

6. Any person to whom such disclosure is made as a result of this litigation shall read this protective order prior to having access to the identity of Plaintiff F.V. and agrees to be bound by this order; and

7. If any specific issues related to nondisclosure of Plaintiff F.V.'s identity arise during the course of this action, the parties shall seek to resolve those issues without court intervention. If the parties cannot agree, they shall seek further clarification from this Court.

Dated: **May 12, 2017**

Honorable Candy W. Dale
United States Magistrate Judge

**PROTECTION ORDER—2**