UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>   Plaintiffs,<br><br>   v.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics<br><br>   Defendants. | Case No. 1:17-cv-00170-CWD<br><br>**PLAINTIFFS' AND DEFENDANTS' JOINT DISCOVERY PLAN** |

As reflected in Plaintiffs and Defendants' Litigation Plan, the parties do not anticipate that any factual discovery is required to resolve this case. Plaintiffs and Defendants anticipate that this case will be resolved through a dispositive motion, and they have proposed a dispositive motion filing cut-off date of September 29, 2017.

DATED: August 1, 2017     By:   /s/ Monica G. Cockerille
                                 Monica G. Cockerille
                                 monicacockerille@me.com
                                 Cockerille Law Office, PLLC
                                 2291 N. 31st St.
                                 Boise, ID 83703
                                 Telephone:   (208) 343-7676
                                 Facsimile:   (866) 226-2499

                                 Attorney for Plaintiffs F.V. and Dani Martin

-1-

By:     /s/ Scott Zanzig
Scott Zanzig
scott.zanzig@ag.idaho.gov
Office of the Attorney General
Civil Litigation Division
P.O. Box 83720
Boise, ID 83720
Telephone: (208) 332-3556
Facsimile: (208) 854-8073

Attorney for Defendants Russell Barron,[1] Elke Shaw-Tulloch, and James Aydelotte

---

[1] Mr. Russell Barron is automatically substituted for Mr. Richard Armstrong as a defendant pursuant to Federal Rule of Civil Procedure 25(d).

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 1st day of August, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Scott Zanzig
    scott.zanzig@ag.idaho.gov

                              /s/ Monica G. Cockerille
                              Monica G. Cockerille
                              Attorney for Plaintiff