UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RUSSELL BARRON, in his official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>　　　　　　Defendants. | Case No.  1:17-cv-00170-CWD<br><br>**CASE MANAGEMENT ORDER (LEGAL TRACK)** |

In accordance with the agreements reached during the telephonic scheduling conference held between counsel and the Court on August 8, 2017, and to further the just, speedy, and inexpensive determination of this matter,

**CASE MANAGEMENT ORDER - 1**

**NOW THEREFORE IT IS HEREBY ORDERED** that the following recitation of deadlines and procedures will govern this litigation:

1. <u>Case Caption Party Substitution</u>: In response to the motion raised within the Answer to the First Amended Complaint filed with the Court on July 28, 2017, and as stipulated to by the parties in the Litigation Plan filed with the Court on August 1, 2017, the Court hereby approves the substitution of Russell Barron for defendant Richard M. Armstrong.[1]

2. <u>Dispositive Motion Deadline</u>: All dispositive motions must be filed by **September 29, 2017**.

3. <u>Amendment of Pleadings and Joinder of Parties</u>: Motions to amend pleadings and join parties must be filed on or before **August 11, 2017**. This deadline will be extended only for good cause shown.

4. <u>Discovery</u>: Per the Litigation Plan and Discovery Plan filed with the Court on August 1, 2017, the parties conferred and agreed that they do not anticipate factual discovery will be required prior to the filing of dispositive motions. Therefore, no discovery deadlines are necessary.

5. <u>Law Clerk</u>: The law clerk assigned to this case is **Anne Henderson**, who may be reached at (208) 334-9206.

---

[1] Russell Barron became the Director of the Idaho Department of Health and Welfare on June 30, 2017. Pursuant to Fed. Rule Civ. P. 25(d), Russell Barron should be substituted for Richard M. Armstrong as one of the Defendants in this matter. No further action needs to be taken by the parties concerning this substitution. The parties must use the updated case caption going forward in these proceedings.

**CASE MANAGEMENT ORDER - 2**

6. <u>Calendaring Clerk</u>:  Scheduling matters and calendar issues may be directed to **Amy Tate**, who may be reached at (208) 334-9387.

7. <u>Docketing Clerk</u>: If you have a docketing or filing question, please contact a <u>docket clerk</u>[2] at (208) 334-1361.

Dated: **August 08, 2017**

Honorable Candy W. Dale
United States Magistrate Judge

---

[2] The Clerk's office staff directory may be found on the Court's webpage: http://id.uscourts.gov/district/attorneys/DocketingCourtroom_Dep.cfm

**CASE MANAGEMENT ORDER - 3**