Peter C. Renn (Admitted *Pro Hac Vice*)
prenn@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Telephone:   (213) 382-7600
Facsimile:   (213) 351-6050

Kara N. Ingelhart (Admitted *Pro Hac Vice*)
kingelhart@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
105 W. Adams St., 26th Fl.
Chicago, IL 60603
Telephone:   (312) 663-4413
Facsimile:   (312) 663-4307

Monica G. Cockerille (ISB No. 5532)
monicacockerille@me.com
Cockerille Law Office, PLLC
2291 N. 31st St.
Boise, ID 83703
Telephone:   (208) 343-7676
Facsimile:   (866) 226-2499

Attorneys for Plaintiffs F.V. and Dani Martin

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSSELL BARRON, in his official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>*Defendants*. | No. 1:17-cv-00170-CWD<br><br>**PLAINTIFFS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Local Civil Rule 7.1(b)(1), Plaintiffs submit the following separate statement of material facts in support of their motion for summary judgment.

**Background Information Regarding Transgender People**

1. Gender identity is a person's internal sense of belonging to a particular sex. Declaration of Dr. Randi Ettner ("Ettner Decl.") ¶ 16; Answer, Dkt. No. 23, ¶ 15. It is a deeply felt and core component of human identity that everyone possesses. Ettner Decl. ¶¶ 16, 18.

2. Gender identity is an innate and immutable characteristic with biological roots, as confirmed by a growing body of research. Ettner Decl. ¶¶ 21-24, 36.

3. Although the majority of people possess a gender identity that matches their sex assigned at birth, that is not the case for transgender people, who are defined as transgender because their gender identity does not match their sex assigned at birth. Ettner Decl. ¶ 13; Answer ¶ 16.

4. An individual's sex is generally assigned at birth based on their external genitalia. Ettner Decl. ¶ 13; Answer ¶ 17. However, other sex-related characteristics can include chromosomes, hormone levels, internal reproductive organs, and gender identity. Ettner Decl. ¶ 15; Answer ¶ 17.

5. In situations where an individual's sex-related characteristics are not in typical alignment with each other, gender identity is the critical determinant of sex. Ettner Decl. ¶ 17. Attempts to change an individual's gender identity in order to bring it into alignment with the individual's birth-assigned sex are not only ineffective but can include extreme psychological harm. *Id.* ¶ 24, 32. All major associations of medical and mental health providers, such as the American Medical Association, the American Psychiatric Association, the American Psychological Association, and the World Professional Association for Transgender Health,

consider such attempts unethical.  *Id.* ¶ 24.

6. The discordance between one's gender identity and birth-assigned sex can be associated with clinically significant distress, which is known as gender dysphoria.  *Id.* ¶ 25.  Gender dysphoria is a serious medical condition that, if inadequately treated, can have serious health consequences, such as anxiety, depression, and suicidality.  *Id.* ¶¶ 25, 28; Answer ¶ 19.

7. Treatment for gender dysphoria is governed by internationally recognized standards of care.  Ettner Decl. ¶¶ 29, 30.  The process by which transgender individuals bring their appearance and lived experience into alignment with their gender identity is known as gender transition.  *Id.* ¶ 33.  Transition can involve both social and medical steps, such as hormone therapy or surgical treatment, although the precise needs for any particular person are individualized.  *Id.* ¶ 31; Answer ¶ 22.  Gender transition does not *change* a transgender person's sex; rather, it brings that person's appearance and lived experience into greater alignment with their existing gender identity, which determines their sex.  Ettner Decl. ¶ 32.

8. Living in a manner consistent with one's gender identity, also known as social transition, is essential to the health and well-being of transgender people and is a key aspect of treatment for gender dysphoria.  *Id.* ¶¶ 31, 33-34.  Indeed, social transition can be the most important—and is sometimes the only—aspect of transition that transgender people undertake. *Id.* ¶ 33.  Correcting one's gender marker on identity documents is an element of social transition.  *Id.*; Answer ¶ 22.  Gender transition is undertaken in order to maximize health and well-being.  Ettner Decl. ¶ 34.

**The Importance of Accurate Identity Documents for Transgender People**

9. A birth certificate is more than a piece of paper.  Answer ¶ 27.

10. A birth certificate is an essential government-issued document that individuals use

to prove their identity and the range of information the certificate conveys. Answer ¶ 28.

11. Birth certificates are used in a wide variety of contexts, including to obtain other identity documents (such as driver's licenses, social security cards, passports, and other state and federal identification documents), to prove age, and to satisfy other identity requirements. Answer ¶ 29; Ettner Decl. ¶ 43.

12. All people need access to an accurate birth certificate that they can use to prove their identity. For transgender people, however, the gender marker on their birth certificate can undermine that purpose. A transgender person whose outward appearance conflicts with the gender marker on his or her birth certificate may be questioned by person to whom the transgender person submits the certificate. Answer ¶ 35.

13. Transgender people who use a birth certificate with information reflecting their birth-assigned sex may thereby disclose their transgender status, which is personal information that they may not wish to disclose for fear of retaliation. Answer ¶ 32.

14. According to the 2015 U.S. Transgender Survey, nearly one in three transgender respondents who showed an identity document with a name or gender that did not match their perceived gender were verbally harassed, denied benefits or service, asked to leave, or assaulted. Declaration of Monica Cockerille ("Cockerille Decl."), Ex. A. Defendants admit that "[t]ransgender people have suffered a long history of extreme discrimination and continue to suffer such discrimination to this day." Answer ¶ 74. This discrimination is irrational: a person's gender identity or transgender status bears no relation to a person's ability to contribute to society. Answer ¶ 74.

15. Depriving transgender people of access identity documents that accurately reflect their gender identity is harmful and can exacerbate gender dysphoria. Ettner Decl. ¶ 41.

Inaccurate identity documents can cause a transgender individual to isolate, in order to avoid situations that might lead to discrimination, ridicule, fraud accusations, or even violence. *Id.* Being stripped of one's dignity, privacy, and the ability to move about freely in society can cause negative health consequences. *Id.*

16. From a medical and scientific perspective, there is no basis for refusing to acknowledge a transgender person's sex, as determined by their gender identity, based on whether that person has undergone surgery, hormone treatment, or any other particular medical treatment. *Id.* ¶¶ 46-49. Not all individuals with gender dysphoria require hormone or surgical treatment, for example. *Id.* ¶ 47. There is no medical basis for requiring that transgender people obtain a particular medical treatment as a condition for obtaining identity documents, including birth certificates, matching who they are. *Id.* ¶¶ 46-49.

**Defendants' Birth Certificate Policy**

17. Defendant Russell Barron ("Mr. Barron") is the Director of the Idaho Department of Health and Welfare ("IDHW"). Answer ¶ 8. Mr. Barron supervises the activities of the Department and enforces Idaho's vital statistics laws. *Id.*

18. Defendant Elke Shaw-Tulloch ("Ms. Shaw-Tulloch") is the Administrator of IDHW's Division of Public Health (the "Division of Public Health"), which includes the Bureau of Vital Records and Health Statistics. *Id.* ¶ 9. Ms. Shaw-Tulloch supervises the activities of the Division of Public Health, which includes enforcement of Idaho's vital statistics laws. *Id.*

19. Defendant James Aydelotte ("Mr. Aydelotte") is the State Registrar and Bureau Chief of the Bureau of Vital Records and Health Statistics ("State Registrar") within IDHW. *Id.* ¶ 10. In his role as the State Registrar, Mr. Aydelotte is the official custodian of the vital records of the state, and he also enforces Idaho's vital statistics laws. *Id.* Mr. Aydelotte exercises

authority over the issuance and alteration of Idaho birth certificates.  *Id.*

20. Mr. Barron, Ms. Shaw-Tulloch, and Mr. Aydelotte (collectively, "Defendants") enforce a policy that does not allow transgender people to correct the sex designation on their birth certificates, also known as a gender marker, and that requires the inclusion of their birth names on such certificates even after a name change (hereafter, "Birth Certificate Policy").  *Id.* ¶ 36; Declaration of F.V. ("F.V. Decl.") ¶ 11; Cockerille Decl., Ex. B.

21. Defendants admit they "are aware of no rational basis justifying a prohibition against changing the sex designation on the birth certificate of a transgender person who has undergone clinically appropriate treatment to permanently change his or her sex."  Answer ¶ 5.

22. Defendants admit that they "are aware of no legitimate interest in forcing a person's disclosure of transgender status."  *Id.* ¶ 83.  They also admit that "a transgender person who uses a birth certificate that contains a sex designation other than his or her gender identity may disclose transgender status."  *Id.* ¶ 32.

23. The Idaho Department of Transportation permits a transgender person to correct the sex indicated on his or her driver's license.  *Id.* ¶ 4.

**Plaintiff F.V.**

24. Plaintiff F.V. is a 28-year-old woman who was born in Boise, Idaho and who currently resides in Hawaiʻi.  F.V. Decl. ¶ 2.

25. F.V. is transgender.  *Id.* ¶ 3.  Her gender identity and expression is female, but she was assigned the sex of male at birth.  *Id.*

26. F.V. began living openly as female when she was approximately 15 years old, and she has lived openly as a woman since that time.  *Id.* ¶ 4.  Being able to live openly as a woman is essential to F.V.'s sense of self and her ability to live authentically, as who she is.  *Id.* ¶ 5.

6

27. Like other transgender people, F.V. has personally encountered violence on the basis of her transgender status. *Id.* ¶¶ 7-8.

28. She has also faced hostility when presenting identity documents disclosing her transgender status. *Id.* ¶¶ 15-20.

29. For example, when visiting a social security office, she presented her birth certificate identifying her as "male," which prompted a staff member to exclaim, "wow, you're a tranny." *Id.* ¶ 15.

30. Others in the waiting area heard this remark, and a man hurled an epithet at F.V., referring to her as a "faggot," when she was leaving the office. *Id.* ¶ 16.

31. F.V. also experienced hostility that caused her to fear for her personal safety when using other identity documents in the past that were discordant with her gender identity. *Id.* ¶¶ 18-20.

32. For example, before F.V. corrected the gender marker on her driver's license, she presented her driver's license to a cashier at a store, which disclosed that she was transgender to the cashier. *Id.* ¶ 19. There was a homeless man nearby who witnessed the cashier's reaction. *Id.* He then stalked F.V. and made sexual comments to her as she was leaving the parking lot of the store at night, making her fearful for my personal safety. *Id.*

33. Similarly, there was an instance when F.V. needed to present her driver's license before the gender marker was corrected while checking out at Wal-Mart. *Id.* ¶ 20. The employee did a double take and swore loudly, "holy fucking shit man, you're a transvestite?" *Id.* He then called over another employee from another checkout stand and said, "dude, this chick's a tranny, can you believe that shit?" *Id.* The experience embarrassed F.V. and made her feel like a spectacle to be gawked at by third parties. *Id.*

34. On March 21, 2017, F.V. contacted Idaho's Bureau of Vital Records and Health Statistics to inquire if she could correct the gender marker on her birth certificate. *Id.* ¶ 11. She was informed by staff that she could not do so. *Id.*

**Plaintiff Dani Martin**

35. Plaintiff Dani Martin is a 31-year-old woman who was born at Mountain Home Air Force Base in Idaho and raised in Mountain Home. She currently resides in Meridian with her wife and children. Declaration of Dani Martin ("Martin Decl.") ¶ 2.

36. She works as a food service correctional officer for the State of Idaho, which is a role that she has served for the last eight years, and she currently works at a facility that helps those nearing release prepare to re-enter society. *Id.* ¶ 3.

37. Ms. Martin's gender identity and expression is female, but she was assigned the sex of male at birth. *Id.* ¶ 4.

38. She came out as transgender in 2014 and she began living openly as a woman at that time. *Id.* ¶ 7.

39. Ms. Martin has endured harassment on the basis of her transgender status, including harassment that has caused her to fear for her personal safety. *Id.* ¶ 17.

40. When Ms. Martin went to the Idaho Department of Motor Vehicles to correct the gender marker on her driver's license, the clerk wrongly insisted that she would need to present her birth certificate for inspection, and a supervisor had to intervene to resolve the dispute. *Id.* ¶ 14. It was humiliating for Ms. Martin to have to defend that she was a woman and entitled to be treated as such against a government official's insistence to the contrary, simply because she did not have a birth certificate reflecting that she was female. *Id.* ¶ 15.

41. For both Ms. Martin and F.V., having a birth certificate that matches their female

gender identity, without disclosing the fact that they are transgender, would help them go about their lives as the women that they are and to be recognized as such. *Id.* ¶ 19; F.V. Decl. ¶ 21.

| | |
|---|---|
| DATED: September 29, 2017 | By: /s/ Monica G. Cockerille |
| | Monica G. Cockerille (ISB No. 5532)<br>monicacockerille@me.com<br>Cockerille Law Office, PLLC<br>2291 N. 31st St.<br>Boise, ID 83703<br>Telephone: (208) 343-7676<br>Facsimile: (866) 226-2499 |
| | Peter C. Renn*<br>prenn@lambdalegal.org<br>Lambda Legal Defense and Education Fund, Inc.<br>4221 Wilshire Blvd., Suite 280<br>Los Angeles, CA 90010<br>Telephone: (213) 382-7600<br>Facsimile: (213) 351-6050 |
| | Kara Ingelhart*<br>kingelhart@lambdalegal.org<br>Lambda Legal Defense and Education Fund, Inc.<br>105 W. Adams St., 26th Fl.<br>Chicago, IL 60603<br>Telephone: (312) 663-4413<br>Facsimile: (312) 663-4307 |
| | *Admitted *Pro Hac Vice* |