Peter C. Renn (Admitted *Pro Hac Vice*)
prenn@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Telephone:    (213) 382-7600
Facsimile:    (213) 351-6050

Kara N. Ingelhart (Admitted *Pro Hac Vice*)
kingelhart@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
105 W. Adams St., 26th Fl.
Chicago, IL 60603
Telephone:    (312) 663-4413
Facsimile:    (312) 663-4307

Monica G. Cockerille (ISB No. 5532)
monicacockerille@me.com
Cockerille Law Office, PLLC
2291 N. 31st St.
Boise, ID 83703
Telephone:    (208) 343-7676
Facsimile:    (866) 226-2499

Attorneys for Plaintiffs F.V. and Dani Martin

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>         *Plaintiffs*,<br><br>         v.<br><br>RUSSELL BARRON, in his official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>         *Defendants*. | No. 1:17-cv-00170-CWD<br><br>**DECLARATION OF F.V.** |

**DECLARATION OF F.V.**

I, F.V., declare as follows:

1.	I am a plaintiff in the above-captioned matter. I have actual knowledge of the matters stated in this declaration.

2.	I am a 28-year-old woman. I was born in Boise, Idaho. I was raised in eastern Washington by my adoptive grandparents. I currently reside in Hawaiʻi with my boyfriend of four years. I have a bachelor's degree in computer science and communications. I create and design websites for a living, and I also work part-time as a desk clerk at a women's hostel.

3.	I am transgender. I was assigned the sex of male at birth. However, I knew from early on, at approximately 6 years old, that I was female.

4.	I began living openly as female when I was approximately 15 years old, and I have lived openly as a woman since then. It was not easy for me to come out to my family, or for them to understand who I am. With the passage of time, most of my family has been able to accept who I am, but my grandfather still has difficulty doing so, creating a painful separation between us. I am fortunate to have also found support in the family I have created for myself in Hawaiʻi. I am actively involved in my church, where I have served in a leadership role, and I regard my fellow churchgoers as my extended family.

5.	Being able to live openly as a woman is essential to my sense of self. It is woven into the fiber of who I am. I cannot imagine living life as a man, because I am not a man, and I would be living a lie if I were to try to do that. I think everyone hopes to lead an authentic life in which they can wake up each morning and face the world as who they truly are. Living openly as a woman is the only way for me to lead an authentic life and to stay true to who I am.

6.	Since beginning my transition to live openly as female, I have taken steps to bring

2

my body and my gender expression into better alignment with my female gender identity.  In my adolescence, that included wearing clothes more typical of girls, using make-up, and adopting a more feminine hairstyle.  In adulthood, working with healthcare professionals, I have undertaken clinically appropriate treatment to bring my body in greater alignment with my female gender identity as part of my gender transition.

7.      My gender identity has made me a target for harassment at various points in my life.  When I began transitioning in high school and adopting a more feminine appearance, a boy who was on the varsity track team got a hold of my cell phone number and starting texting and bullying me, making transphobic and sexual remarks.  This escalated to the point of him coming up to me one day out-of-the-blue and punching me in the face.

8.      On another occasion in high school, I was riding the bus home.  A boy on the bus bragged to other students and even the bus driver that he was going to beat me up, telling everyone, "I'm going to beat up this faggot."  When I got off the bus, I felt like I had been left to the wolves.  I ran away as fast as I could, terrified for my safety.

9.      In adulthood, I legally changed my name from a traditionally male one to a traditionally female one.  I started going by this traditionally female name when I was a teenager.  I have also changed my name on my driver's license and passport and in my social security records.

10.     I have also corrected the gender marker on my driver's license with the Hawai'i Department of Transportation and in my records with my state health insurance provider and the Social Security Administration.

11.     I have been unable to correct my Idaho birth certificate, however, to reflect my female gender identity.  On March 21, 2017, I contacted Idaho's Bureau of Vital Records and

3

Health Statistics to inquire if I could correct the gender marker on my birth certificate.  I was informed by staff that I could not do so.

12.     The fact that I must go about life with a birth certificate declaring that I am male is a permanent, embarrassing, and painful reminder that the state of my birth does not recognize me as female.  Idaho's refusal to correct the gender maker on my birth certificate to female feels archaic and senseless.  Giving me that tiny piece of dignity is what I view as a harmless civil right:  it hurts no one, and it would make a meaningful, positive difference in my life.

13.     Idaho's refusal also negatively affects my ability to function successfully as the woman that I am in all aspects of my life, including any time when I present my birth certificate to others.  Presenting an identity document indicating that I was assigned male at birth (whether through the gender marker or my birth name) is not only humiliating but also dangerous, putting me at risk of violence, because it discloses that I am transgender.

14.     I am aware of the high incidence of harassment, discrimination, and violence directed at transgender people.  I have experienced a taste of that in my own life, as noted above, and I know transgender people who have experienced far worse than me.  Possessing a birth certificate that is incongruent with my gender identity and expression increases my risk of exposure to harassment, discrimination, and violence.

15.     The incorrect gender on my birth certificate has exposed me to hostility when I visited the social security office, for example.  When I presented my birth certificate to the employee working there, his face dropped, and he wrinkled his nose like he had just smelled something foul.  His first words back to me were, "wow, you're a tranny," which is a derogatory term to refer to transgender people.  He was hostile to me during the rest of my interaction with him.

16. A man in the waiting area of the social security office overheard that the worker had called me a "tranny." That man then took it upon himself to call me a "faggot" as I was leaving the office. The entire experience was very upsetting. It made me feel like an outcast in my own community when I was just trying to go about my everyday life like everyone else.

17. I have also had to present my birth certificate in other contexts, and I will continue to need do so, such as when applying for and periodically renewing my state health insurance.

18. Whenever I have had to present an identity document with the wrong gender marker, I hear things like, "wow, you were born a very different person; I never would have guessed!" It puts my whole private life out there on display for everyone to see, leaving me totally exposed. To be clear, I am not ashamed of who I am—in fact, I am proud of who I am, and what it has taken for me to get to this place of self-acceptance—but I also want to control the circumstances under which someone finds out that I am transgender.

19. On another occasion before I corrected the gender marker on my driver's license, I presented my driver's license to a cashier at a store, which disclosed that I was transgender to the cashier. There was a homeless man nearby who witnessed the cashier's reaction. He then stalked me and made sexual comments to me as I was leaving the parking lot of the store at night. That made me fear for my personal safety.

20. Similarly, I had to present my driver's license before the gender marker was corrected when I was checking out at Wal-Mart one time. The employee did a double take and swore loudly, "holy fucking shit man, you're a transvestite?" I responded that that was an archaic term. He then called over another employee from another checkout stand and said, "dude, this chick's a tranny, can you believe that shit?" It was embarrassing to be treated like

that—as if I was some sort of freak show to be gawked at by the whole town.

21. Having a birth certificate that matches my female gender identity, without disclosing the fact that I am transgender, would help me go about my life as the woman that I am and to be recognized as such.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 28, 2017            *F.V.*

                                          F.V.