Peter C. Renn (Admitted *Pro Hac Vice*)
prenn@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Telephone:    (213) 382-7600
Facsimile:    (213) 351-6050

Kara N. Ingelhart (Admitted *Pro Hac Vice*)
kingelhart@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
105 W. Adams St., 26th Fl.
Chicago, IL 60603
Telephone:    (312) 663-4413
Facsimile:    (312) 663-4307

Monica G. Cockerille (ISB No. 5532)
monicacockerille@me.com
Cockerille Law Office, PLLC
2291 N. 31st St.
Boise, ID 83703
Telephone:    (208) 343-7676
Facsimile:    (866) 226-2499

Attorneys for Plaintiffs F.V. and Dani Martin

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| F.V. and DANI MARTIN, | No. 1:17-cv-00170-CWD |
| *Plaintiffs*, | **DECLARATION OF DANI MARTIN** |
| v. | |
| RUSSELL BARRON, in his official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics, | |
| *Defendants*. | |

## **DECLARATION OF DANI MARTIN**

I, Dani Martin, declare as follows:

1. I am a plaintiff in the above-captioned matter. I have actual knowledge of the matters stated in this declaration.

2. I am a 31-year-old woman. I was born at Mountain Home Air Force Base in Idaho, and I was raised in Mountain Home. I currently reside in Meridian, Idaho with my wife and two children.

3. I work as a food service correctional officer for the State of Idaho, which is a role I have served for the last eight years. Currently, I work at the Nampa Community Reentry Center. The people housed at this facility have generally committed lower-level crimes and are preparing to re-enter society as they near release. The center allows them to work while becoming reunited with their families and the community.

4. I am transgender. I was assigned the sex of male at birth. However, I knew from a young age that I was female.

5. I grew up in a Catholic household, and I did not feel comfortable coming out about who I was when I was younger. When I was a senior in high school, I tried to take a small step towards expressing my gender identity through clothing, but my friends turned their back on me, and some even started to bully me. They assumed that I was gay, called me a "fag," and excluded me from social activities. After this experience, I tried to bury my gender deep down inside of myself so that I would not have acknowledge it.

6. I continued to remain in denial about my gender in much of my adulthood. I married a woman that I love and we started a family. But I continued to struggle with the distress that I felt from trying to deny my gender. Things got bad enough that I reached the point

where I felt like I had no hope left in my life. At that point, I broke down and came out to my wife as transgender. This was in early 2014. My wife also works as a counselor, and we found a counselor for me to see who had experience with transgender patients. My wife stayed with me after I came out, and we remain married today.

7. I began my transition that year, in 2014, after seeing a mental health professional. I have lived openly as a woman since that time.

8. Coming out to my family was very difficult. My parents did not take it well. My father called me at work and told me that I needed to come over and explain my gender identity to him. My mother and father still do not acknowledge my female gender identity to this day, and they refuse to call me by my name, Dani. I also wrote a letter coming out to my five siblings. My sisters called me to respond, but my brothers did not, and in general my siblings often misgender me, referring to me by male pronouns. All of this has also put a strain on the relationship between my parents and siblings, on the one hand, and my children, on the other.

9. Since beginning my transition to live openly as female, I have taken steps to bring my body and my gender expression into better alignment with my female gender identity, including through clinically appropriate treatment that I have undertaken working with health care professionals.

10. I have changed my name from a traditionally male one to a traditionally female one. I have also changed my name on my Idaho driver's license and in my social security records, and I am in the process of changing it on my passport.

11. I have corrected the gender marker on my driver's license with the Idaho Department of Transportation. There was no requirement for me to have undergone any specific medical treatment associated with my gender transition in order for me to do so. I have also

corrected my gender marker in records kept by the Social Security Administration.

12. I have been unable to correct the gender marker on my birth certificate, however, to reflect that I am female. Walking around life with a birth certificate that says I am male is a constant, painful reminder that the state that I call home does not recognize me as a woman on equal terms as other women. Whenever I have to present my birth certificate to others, it invites them to second-guess whether I am a "real" woman. It is important to me to have a birth certificate that accurately reflects who I am.

13. I have experienced first-hand the hostility that transgender people often experience when presenting identification that conflicts with their lived gender.

14. The incorrect gender on my birth certificate has exposed me to hostility when I visited the Idaho Department of Motor Vehicles. When I asked to correct the gender marker on my driver's license, which I knew that state policy allowed, the clerk insisted that I needed to present my birth certificate for inspection. She told me, incorrectly, that the gender marker on my driver's license would need to match the gender marker on my birth certificate. I could not produce such a birth certificate, however, because of Idaho's birth certificate policy.

15. The clerk's refusal to process my driver's license request ultimately required the intervention of a supervisor to resolve, and it resulted in a discussion of my transgender status that could be heard by others waiting in line. Although the supervisor ultimately instructed the clerk to process my request, it was humiliating for me to have to defend that I was a woman, and entitled to be treated as such, against a government official's insistence to the contrary, simply because my birth certificate did not reflect that I was female. Other women, who are not transgender, do not have to go through the indignity of experiences like that.

16. On another occasion, I attempted to change information regarding my name and

gender with my credit card company, so that my account information would properly reflect my female gender. The company refused to process my request unless I could produce a birth certificate reflecting my female gender and current name. As a result, my credit card information has not been updated.

17. I am aware of the high incidence of harassment, discrimination, and violence directed at transgender people. Possessing a birth certificate that is incongruent with my gender identity and expression increases my risk of exposure to those harms. Indeed, I have personally encountered harassment based on my transgender status. For example, in the past, I have had coworkers refer to me as "tranny," "she-male," and "gay-fucker" and intentionally use incorrect male gender pronouns to refer to me. Hearing things like that just wears you down. That harassment was particularly concerning to me because my coworkers are supposed to have my back, and I rely on them for my personal safety as a correctional officer. I am now part of the diversity council at my work, and I try to do my part to improve the workplace environment so that everyone can feel safe and supported.

18. I have needed to present my birth certificate in the past, including in employment contexts, and I will continue to need to do so in the future.

19. Having a birth certificate that matches my female gender identity, without disclosing the fact that I am transgender, would help me go about my life as the woman that I am and to be recognized as such.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 28, 2017

Dani Martin

5