LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN
Chief of Civil Litigation Division

W. SCOTT ZANZIG, ISB # 9361
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Fax:  (208) 854-8073
scott.zanzig@ag.idaho.gov
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>                    Plaintiffs,<br><br>vs.<br><br>RICHARD M. ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare and ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health the Idaho Department of Health and Welfare, and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>                    Defendants. | Case No. 1:17-cv-000170-CWD<br><br>**DEFENDANTS' STATEMENT OF DISPUTED MATERIAL FACTS** |

Pursuant to Local Civil Rule 7.1(c)(2), Defendants submit the following disputed material facts:

/ / /

DEFENDANTS' STATEMENT OF DISPUTED MATERIAL FACTS - 1

1.      Given Defendants' concession that Plaintiffs are entitled to judgment on their Equal Protection claim under the rational basis standard, whether any of the facts in Plaintiffs' Statement of Material Facts (Dkt. 28-2) are relevant, with the possible exception of Nos. 17-22.  Defendants contend that they are not relevant or material.

Dated this 20th day of October 2017.

                          STATE OF IDAHO
                          OFFICE OF THE ATTORNEY GENERAL

By:      /s/
      W. SCOTT ZANZIG
      Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of October, 2017, I electronically filed the foregoing with th**e Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following** Persons:

Monica G. Cockerille
monicacockerille@me.com

Kara N. Ingelhart
kingelhart@lambdalegal.org

Peter C. Renn
Prenn@lambdalegal.org

                          /s/
                          W. SCOTT ZANZIG

DEFENDANTS' STATEMENT OF DISPUTED MATERIAL FACTS - 2