Peter C. Renn (Admitted *Pro Hac Vice*)
prenn@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Telephone:   (213) 382-7600
Facsimile:    (213) 351-6050

Kara N. Ingelhart (Admitted *Pro Hac Vice*)
kingelhart@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
105 W. Adams St., 26th Fl.
Chicago, IL 60603
Telephone:   (312) 663-4413
Facsimile:    (312) 663-4307

Monica G. Cockerille (ISB No. 5532)
monicacockerille@me.com
Cockerille Law Office, PLLC
2291 N. 31st St.
Boise, ID 83703
Telephone:   (208) 343-7676
Facsimile:    (866) 226-2499

Attorneys for Plaintiffs F.V. and Dani Martin

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSSELL BARRON, in his official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>*Defendants*. | No. 1:17-cv-00170-CWD<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL AUTHORITY** |

Plaintiffs F.V. and Dani Martin submit this response to Defendants' supplemental authority, pursuant to the Court's invitation at the hearing on February 1, 2018.  Plaintiffs submit that the voluntary acknowledgment of paternity process is potentially relevant for two reasons.

First, as noted in Plaintiffs' motion for summary judgment (ECF No. 28-1 at 22), the process illustrates that there are circumstances in which Defendants already routinely issue revised birth certificates without disclosing the original information displayed on the certificate.  Defendants agree there is no reason they could not do the same for transgender people seeking corrected birth certificates, without the mandatory inclusion of information that could reasonably disclose their transgender status, such as their birth name.

Second, the voluntary acknowledgement of paternity process can rely solely upon a declaration from the putative parent at issue affirming paternity.  Idaho Code § 7-1106(1).  Defendants have failed to meet their burden of showing why a similar process—one relying on written substantiation of gender identity from the transgender individual at issue, submitted to Defendants—would be inadequate.  *See* ECF No. 32 at 13 n.2 (noting jurisdictions employing such a requirement).  That is particularly true under heightened scrutiny, but it is also true under rational basis review:  Defendants have failed to argue, let alone demonstrate, that there is any legitimate interest in refusing to correct the birth certificate of any transgender man or any transgender woman to conform to his or her gender identity, and Plaintiffs have shown that no such interest exists.  Even a ruling limited to rational basis review would necessarily need to confirm that proposition—thereby identifying the *reason* why Defendants' current policy is impermissible— regardless of the precise scope of declaratory and injunctive relief issued.

DATED: February 7, 2018          By:     /s/ Monica G. Cockerille
                                         _____
                                         Monica G. Cockerille (ISB No. 5532)
                                         monicacockerille@me.com

1

Cockerille Law Office, PLLC
2291 N. 31st St.
Boise, ID 83703
Telephone:     (208) 343-7676
Facsimile:      (866) 226-2499

Peter C. Renn*
prenn@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Telephone:     (213) 382-7600
Facsimile:      (213) 351-6050

Kara Ingelhart*
kingelhart@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
105 W. Adams St., 26th Fl.
Chicago, IL 60603
Telephone:     (312) 663-4413
Facsimile:      (312) 663-4307

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of February, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Russell Barron
Office of the Director
Idaho Department of Health and Welfare
10th Floor, Pete T. Cenarrusa Building
450 W. State Street
Boise, ID 83720-0036

Elke Shaw-Tulloch
Administrator, Division of Public Health
Idaho Department of Health and Welfare
4th Floor, Pete T. Cenarrusa Building
450 W. State Street
Boise, ID 83720-0036

James Aydelotte
Chief and State Registrar
Bureau of Vital Records and Health Statistics
1st Floor, Pete T. Cenarrusa Building
450 West State Street
Boise, ID 83720-0036

/s/ Monica G. Cockerille
Monica G. Cockerille
Attorney for Plaintiffs