LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN
Chief of Civil Litigation Division

W. SCOTT ZANZIG, ISB # 9361
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, 2nd Floor
P. O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Fax:  (208) 854-8073
scott.zanzig@ag.idaho.gov
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>RUSSELL BARRON, in his official capacity as Director of the Idaho Department of Health and Welfare and ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health the Idaho Department of Health and Welfare, and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>　　　　Defendants. | Case No. 1:17-cv-000170-CWD<br><br>**PLAINTIFFS' AND DEFENDANTS' NOTICE AND STIPULATION REGARDING JUDGMENT AND TIME FOR BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES** |

Plaintiffs F.V. and Dani Martin ("Plaintiffs") and Defendants Russell Barron, Elke Shaw-Tulloch, and James Aydelotte ("Defendants") hereby provide notice to the Court of the actions

PLAINTIFFS' AND DEFENDANTS' NOTICE AND STIPULATION
REGARDING JUDGMENT AND TIME FOR BILL OF COSTS AND
MOTION FOR ATTORNEYS' FEES - 1

that Defendants have taken to comply with the Court's March 5, 2018 Order (Dkt. 39). Based on these actions, Plaintiffs and Defendants agree that the Court may enter judgment in the case and also request that the Court extend the time for any bill of costs or motion for attorneys' fees, as stipulated below:

1. On March 5, 2018, the Court granted Plaintiffs' motion for summary judgment with respect to their claim under the Equal Protection Clause, permanently enjoined Defendants from automatically rejecting applications from transgender people to change the sex listed on their birth certificates, and ordered that Defendants begin accepting such applications on or before April 6, 2018 using a constitutionally-sound approval process.

2. On March 20, 2018, the Board of Health and Welfare convened a special session where it considered and approved revisions to IDAPA 16.02.08.201 through a temporary and proposed rule ("Rule"), attached as Exhibit A. The Rule requires the Registrar to issue an amended birth certificate upon submission of, inter alia, "[a] declaration that the registrant's indicator of sex on the Idaho certificate of live birth does not match the registrant's gender identity." The Rule went into effect on April 6, 2018, and Defendants have implemented it through the form and instructions attached as Exhibit B.

3. Plaintiffs and Defendants agree that the Rule complies with the Court's holding that "there is no rational basis for denying transgender individuals birth certificates that reflect their gender identity" and with the Court's instruction that any rule remedying the constitutional violation found must "withstand heightened scrutiny review" and must avoid imposing burdens lacking constitutionally-appropriate justification. Dkt. 39 at 18, 25.

4. Based on the approval of the Rule, and the expectation that the substance of the Rule will remain in place, Plaintiffs and Defendants agree that the Court may enter judgment in favor of Plaintiffs.

5. Plaintiffs and Defendants are engaged in discussion regarding the resolution of any potential costs or attorneys' fees and, to that end, request that any bill of costs or motion for attorneys' fees, if necessary, not be due until 45 days after entry of judgment.

DATED this 17th day of April, 2018

COCKERILLE LAW OFFICE, PLLC

By: _/s/ Monica G. Cockerille_
     Monica G. Cockerille

LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.

By: _/s/ Peter C. Renn_
     Peter C. Renn

LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.

By: _/s/ Kara Ingelhart_
     Kara Ingelhart

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: _/s/ W. Scott Zanzig_
     W. Scott Zanzig
     Deputy Attorney General

PLAINTIFFS' AND DEFENDANTS' NOTICE AND STIPULATION
REGARDING JUDGMENT AND TIME FOR BILL OF COSTS AND
MOTION FOR ATTORNEYS' FEES - 3

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 17th day of April, 2018, I electronically filed the foregoing with th**e Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following** Persons:

Monica G. Cockerille
monicacockerille@me.com

Kara N. Ingelhart
kingelhart@lambdalegal.org

Peter C. Renn
Prenn@lambdalegal.org

                                           /s/
                                         W. SCOTT ZANZIG

PLAINTIFFS' AND DEFENDANTS' NOTICE AND STIPULATION REGARDING JUDGMENT AND TIME FOR BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES - 4