UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>        *Plaintiffs*,<br><br>v.<br><br>DAVID JEPPESEN,[1] in his official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>        *Defendants*. | Case No. 1:17-cv-00170-CWD<br><br>**ORDER RE: MOTION TO SHORTEN TIME ON BRIEFING FOR PLAINTIFFS' MOTION FOR CLARIFICATION (DKT 47)** |

Before the Court is Plaintiffs' Motion to Shorten Time on Briefing for Plaintiffs' Motion for Clarification. (Dkt. 47.) Having reviewed the motion and for good cause shown, the Court will grant the motion to expedite the briefing schedule and set a hearing on the motion for clarification as stated below.

### ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Motion to Shorten Time on Briefing (Dkt. 47) is **GRANTED** as follows:

    1)    Defendants' response to the Motion for Clarification is due **May 1, 2020**.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), David Jeppesen, the current director of the Idaho Department of Health and Welfare, is automatically substituted for Russell Barron.

**ORDER**

2)  Plaintiffs' reply to the Motion for Clarification is due **May 11, 2020**.

IT IS FURTHER ORDERED that a hearing on the Motion for Clarification (Dkt. 46) is set for **May 19, 2020 at 10:00 a.m. (MT)**. Prior to the hearing, the parties will be advised regarding by what method the hearing will be conducted. *See* General Order No. 365.

DATED: April 16, 2020

Honorable Candy W. Dale
United States Magistrate Judge

**ORDER**