Monica G. Cockerille (ISB No. 5532)
monica@cockerillelaw.com
Cockerille Law Office, PLLC
100 W. Main St., Ste. 204
Boise, ID 83702
Tel: (208) 343-7676 | Fax: (866) 226-2499

Peter C. Renn (Admitted *Pro Hac Vice*)
prenn@lambdalegal.org
Nora Huppert (Admitted *Pro Hac Vice*)
nhuppert@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Tel: (213) 382-7600 | Fax: (213) 351-6050

Kara N. Ingelhart (Admitted *Pro Hac Vice*)
kingelhart@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Tel: (312) 663-4413 | Fax: (312) 663-4307

D. Jean Veta (*Pro Hac Vice* Pending)
jveta@cov.com
Henry Liu (*Pro Hac Vice* Pending)
hliu@cov.com
William Isasi (*Pro Hac Vice* Pending)
wisasi@cov.com
Isaac C. Belfer (*Pro Hac Vice* Pending)
ibelfer@cov.com
Colleen R. Smith (ISB No. 10023)
csmith@cov.com
Covington & Burling LLP
One City Center
850 10th St NW
Washington, DC 20001
Tel: (202) 662-5294

Michael Lanosa (*Pro Hac Vice* Pending)
mlanosa@cov.com
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (424) 332-4780

Attorneys for Plaintiffs F.V. and Dani Martin

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID JEPPESEN, in his official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>*Defendants*. | No. 1:17-cv-00170-CWD<br><br>**MOTION FOR CLARIFICATION REGARDING DEFENDANTS' ENFORCEMENT PLAN** |

Plaintiffs F.V. and Dani Martin, by and through their undersigned counsel, move for clarification regarding Defendants' plan to enforce HB 509.  Plaintiffs seek confirmation that Defendants' plan to enforce HB 509 by requiring transgender people to obtain a court order pursuant to Idaho Code § 39-245A(4) to change the sex listed on their birth certificates to match their gender identity, which they cannot obtain under HB 509, violates this Court's permanent injunction.  This motion is based on the Memorandum in Support of Plaintiffs' Motion for Clarification, the accompanying declaration and exhibits, all the pleadings and papers on file, and any argument the Court may consider.

DATED: June 22, 2020

By:     /s/ Peter C. Renn

D. Jean Veta (*Pro Hac Vice* Pending)
jveta@cov.com
Henry Liu (*Pro Hac Vice* Pending)
hliu@cov.com
William Isasi (*Pro Hac Vice* Pending)
wisasi@cov.com
Isaac C. Belfer (*Pro Hac Vice* Pending)
ibelfer@cov.com
Colleen R. Smith (ISB No. 10023)
csmith@cov.com
Covington & Burling LLP
One City Center
850 10th St NW
Washington, DC 20001
Tel: (202) 662-5294

Michael Lanosa (*Pro Hac Vice* Pending)
mlanosa@cov.com
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (424) 332-4780

Peter C. Renn (Admitted *Pro Hac Vice*)
prenn@lambdalegal.org
Nora Huppert (Admitted *Pro Hac Vice*)
nhuppert@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Tel: (213) 382-7600 | Fax: (213) 351-6050

Kara N. Ingelhart (Admitted *Pro Hac Vice*)
kingelhart@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Tel: (312) 663-4413 | Fax: (312) 663-4307

Monica G. Cockerille (ISB No. 5532)
monica@cockerillelaw.com
Cockerille Law Office, PLLC
100 W. Main St., Ste. 204
Boise, ID 83702
Tel: (208) 343-7676 | Fax: (866) 226-2499

Attorneys for Plaintiffs F.V. and Dani Martin

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 22nd day of June, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Steven Olsen
steven.olsen@ag.idaho.gov

W. Scott Zanzig
scott.zanzig@ag.idaho.gov

Dayton Reed
dayton.reed@ag.idaho.gov

                                       /s/ Peter C. Renn
                                       Peter C. Renn
                                       Attorney for Plaintiffs