# EXHIBIT A

**PETER C. RENN**                              4221 Wilshire Blvd., Suite 280 • Los Angeles, CA 90010
                                              prenn@lambdalegal.org • 213-382-7600

## EDUCATION

**Harvard Law School**, June 2006
      Honors:     *magna cum laude*, top 10%
      Activities:  *Civil Rights-Civil Liberties Law Review*, Executive Editor
                      Lambda, Co-President
                      Asian Pacific American Law Students Association, Member

**University of Texas at Austin**, B.A. in Psychology & Plan II, May 2003
      Honors:     *summa cum laude*
                      Distinguished Dedman Scholar, Four-Year Merit Scholarship

## EXPERIENCE

**Lambda Legal Defense and Education Fund, Inc.**
Jun. 2010 – Present          Counsel                                      Los Angeles, CA

Responsible for impact test-case litigation advancing the civil rights of lesbian, gay, bisexual, and transgender (LGBT) people and everyone living with HIV.  Extensive litigation experience in courts throughout the western region of U.S., including briefing and argument to state and federal appeals courts.  Oversee all aspects of litigation, including drafting of briefs, fact investigation, discovery, depositions, expert reports, trial preparation, and appeals.  Identify potential new matters and devise case strategy from inception through appeal.  Communicate with media regarding cases, which have been profiled in the *New York Times*, *Los Angeles Times*, and *Washington Post*.  Speak at community events, conferences, and fundraising events.  Recipient of the National LGBT Bar Association's Best LGBT Lawyers Under 40 Award.

Selected examples:
- *Thornton v. Saul*, 2020 WL 5494891 (W.D. Wash. Sept. 11, 2020):  Counsel in challenge to denial of social security survivor's benefits to same-sex couples wholly barred from marriage by unconstitutional state laws.  Obtained class certification and nationwide injunction.
- *Ely v. Saul*, 2020 WL 2744138 (D. Ariz. Jul. 24, 2020):  Counsel in challenge to denial of social security survivor's benefits to same-sex couples barred from marriage for requisite duration by unconstitutional state laws.  Obtained class certification and nationwide injunction.
- *Fletcher v. State of Alaska*, 443 F. Supp. 3d 1024 (D. Alaska 2020):  Counsel in challenge on behalf of transgender state librarian denied access to gender-affirming surgical care.  Obtained summary judgment on liability finding that state's exclusion on care violated Title VII.
- *Ray v. McCloud*, 507 F. Supp. 3d 925 (S.D. Ohio 2020):  Counsel in case holding that denial of birth certificates to transgender people matching their gender identity is unconstitutional.
- *Gender and Sexuality Alliance v. Spearman*, 2020 WL 1227345 (D.S.C. Mar. 11, 2020):  Counsel in challenge to anti-gay school curriculum law.  Obtained consent decree enjoining enforcement.
- *Karnoski v. Trump*, 926 F.3d 1180 (9th Cir. 2019):  Counsel in challenge to federal policy excluding transgender people from military service.  Obtained appellate ruling holding that discrimination against transgender people requires heightened constitutional scrutiny.

- *Cervelli v. Aloha Bed & Breakfast*, 415 P.3d 919 (Haw. Ct. App. 2018), *cert. denied*, 139 S. Ct. 1319 (2019):  Counsel for same-sex couple denied access to business based on owner's religious beliefs.  Obtained ruling that free exercise of religion does not justify discrimination.
- *L.C. v. M.G.*, 430 P.3d 400 (Haw. 2018), *cert. denied*, 140 S. Ct. 234 (2019):  Counsel on appeal in case holding that marital presumption of parentage applies equally to same-sex spouses.
- *F.V. v. Barron*, 286 F. Supp. 3d 1131 (D. Idaho 2018):  Counsel in case holding that denial of birth certificates to transgender people matching their gender identity is unconstitutional.
- *Carcaño v. McCrory*, 203 F. Supp. 3d 615 (M.D.N.C. 2016):  Counsel with ACLU in pending challenge to North Carolina laws discriminating against transgender people in access to public facilities.  Obtained preliminary injunction barring enforcement of law against clients.
- *Rosati v. Igbinoso*, 791 F.3d 1037 (9th Cir. 2015):  Counsel on appeal for transgender prisoner seeking access to medically necessary transition-related surgical care.  Briefed and argued appeal, resulting in reversal of district court dismissal.
- *Sevcik v. Sandoval*, 911 F. Supp. 2d 996 (D. Nev. 2012), *rev'd sub nom. Latta v. Otter*, 771 F.3d 456 (9th Cir. 2014):  Counsel for same-sex couples seeking freedom to marry in Nevada.  Ninth Circuit reversed summary judgment for defendants, allowing same-sex couples to marry.
- *Harris v. Millennium Hotel*, 330 P.3d 330 (Alaska 2014):  Counsel for same-sex partner of shooting victim denied lifetime survivor's benefits due to exclusion of same-sex couples from marriage.  Argued and obtained victory before Alaska Supreme Court.

Summer 2004     Legal Intern     New York, NY
Provided legal research and analysis in a wide variety of matters, including relationship recognition, HIV discrimination, and healthcare discrimination.

Summer 2003     Education & Public Affairs Intern     Dallas, TX
Created directory of regional LGBT organizations, resources, and attorneys.  Monitored news articles and maintained archive of press clippings.  Prepared *Lawrence v. Texas* rally and celebration.

**Munger, Tolles & Olson, LLP**
Oct. 2008 – Jun. 2010     Litigation Associate     Los Angeles, CA
Summer 2005     Summer Associate
Substantial commercial litigation experience in federal and state court.  Conducted fact investigation, prepared and responded to written discovery, took and defended depositions, drafted dispositive motions, prepared for jury trial, and participated in settlement negotiations.  Handled *pro bono* cases involving constitutional torts and LGBT rights.

**Honorable Lawrence K. Karlton, U.S. District Court for the Eastern District of California**
Sept. 2006 – Aug. 2008     Law Clerk     Sacramento, CA
Drafted orders and bench memoranda.  Assisted judge in civil pre-trial and trial matters.

**ACLU Lesbian & Gay Rights Project**
Summer 2005     Legal Intern     New York, NY
Researched legal challenge to ban on marriage for same-sex couples.  Developed novel statutory claim in employment discrimination case brought by transgender plaintiff against federal government.

**Gay & Lesbian Advocates & Defenders**
Spring 2005                     Legal Intern                                                    Boston, MA
Fall 2003 – Spring 2004         Legal Hotline Volunteer
Researched equal protection issues in marriage equality litigation.  Provided legal information to callers regarding LGBT issues in New England.

**BAR ADMISSIONS**

California State Bar; Central, Eastern, and Northern Districts of California; Fourth, Fifth, Ninth, D.C., and Federal Circuits; United States Supreme Court

# NORA HUPPERT (she/her)

65 E. Wacker Pl., Suite 2000, Chicago, IL 60601 • nhuppert@lambdalegal.org

## ADMISSIONS

Admitted in California.  Admission pending in Illinois.
Admitted to the Ninth, Tenth, and Eleventh Circuit Courts of Appeals.

## EDUCATION

**COLUMBIA LAW SCHOOL,** New York, NY
Juris Doctor, May 2019

Honors: Harlan Fiske Stone honors (2017-2018 & 2018-2019)
Allan Morrow Sexuality and Gender Law Prize
Activities: *Columbia Journal of Law and Social Problems* (articles editor)
Publication: "The Illinois Millionaire's Exemption and the Utility of Campaign Contribution Limits," (COLUM. J.L. & SOC. PROBS., 2019)
Association: National Trans Bar Association (member)

**FRANKLIN & MARSHALL COLLEGE**, Lancaster, PA
Bachelor of Arts in Government, *cum laude*, May 2014

## EXPERIENCE

**Lambda Legal**
*Staff Attorney, Chicago, IL*                                                                Sept. 2021 – present
*Renberg Fellow, Los Angeles, CA*                                                    Sept. 2019 – Sept. 2021

Responsible developing and executing impact litigation advancing LGBT rights. Engaged in litigation that halted enforcement of Idaho's 2020 anti-transgender birth certificate law. Participated in litigation challenging exclusion of gender-confirming care in Alaska Medicaid and West Virginia government health plans. Represent transgender employee in EEOC proceedings. Drafted complaints, various motions, demand letters, declarations, and interviewed potential plaintiffs in various LGBTQ+ rights cases. Assisted in drafting amicus briefs, including in immigration matters. Represented Lambda Legal on coalition that drafted and advocated for SB132, which ended California's policy of housing trans women in men's prisons. Helped to obtain consent decree enjoining South Carolina anti-LGBT curriculum law.

**Transgender Rights Project, Lambda Legal**                                                 New York, NY
*Legal Intern*                                                                                              Spring 2019
Conducted legal research and drafted research memos.

**Sexuality and Gender Law Clinic, Columbia Law School**                            New York, NY
*Clinic Student*                                                                                           Spring 2019
Represented trans asylee in seeking asylum.  Assisted in research project into New York Family Court system in partnership with Bronx Defenders.

**New York City Campaign Finance Board**                                                    New York, NY
*Legal Intern*                                                                                            Summer 2018
Conducted legal research and drafted memoranda for staff. Assisted in drafting filings in Board's enforcement and collections proceedings in state court.

**Criminal Appeals Externship, Center for Appellate Litigation**                   New York, NY
*Extern*                                                                                              Spring Term 2018
Drafted and edited appellant's brief in a criminal appeal.  Argued the appeal at oral argument before an Appellate Term panel in March 2019.

# Kara N. Ingelhart

801 North Wabash Street, Apartment 2N ♦ Chicago, Illinois 60611 ♦ 219-669-1445 ♦ kara.ingelhart@gmail.com

## LEGAL EXPERIENCE

**Lambda Legal Defense and Education Fund**, Chicago, Illinois
*Staff Attorney*                                                                                                    February 2019-Present
*Law Fellow Attorney*                                                                                 September 2017-January 2019
*Skadden Fellow Attorney*                                                                      September 2015-September 2017

- Active in all facets of cutting-edge impact litigation, public policy, and education on issues involving the rights of lesbian, gay, bisexual, and transgender people and people living with HIV.
- Represent individuals in federal and state litigation, including cases involving equal access to identity documents for transgender people, housing discrimination, equal access to military service for transgender people and people living with HIV, public health, conditions of confinement for incarcerated individuals, and equal access to sex-segregated facilities for transgender students.
- Participate in federal, state, and municipal policy working groups, prepare formal comments regarding legislation and regulations, educate Congressional staffers, and author presidential transition memoranda.
- Review and assess legal intakes for potential litigation or advocacy opportunities.
- Serve as spokesperson for Lambda Legal, clients, and partners.
- Help develop and execute effective media strategies.
- Collaborate with other Lambda Legal departments including communications and development.
- Conduct trainings and educational programs on all aspects of Lambda Legal's mission.
- Hire and manage law fellows, paralegals, and legal interns.
- Former Equity, Diversity, and Inclusion Committee Co-Chair.
- Skadden Fellowship designed to serve low-income LGBTQ youth with juvenile or criminal records by addressing barriers that they face in accessing housing, employment, and educational opportunities.

## EDUCATION

**The University of Chicago Law School**, Chicago, Illinois
*Juris Doctor*                                                                                                                                 June 2015

- Student Attorney, Mandel Legal Aid Clinic Mental Health Project
- Student Leadership: OutLaw, President & Law Students for Reproductive Justice, Vice President

**The University of Chicago School of Social Service Administration**, Chicago, Illinois
*Certificate – Graduate Program in Health Administration and Policy, Global Health Concentration*        June 2015

**Indiana University**, Bloomington, Indiana
*Bachelor of Arts in Biology & Gender Studies, Highest Honors*                                                         May 2012

- Phi Beta Kappa Society Member
- Research Assistant, The Kinsey Institute for Research in Sex, Gender & Reproduction

## REPRESENTATIVE CASES

*B.L. v. Mahanoy Area School District* (U.S. Sup. Ct.)
> Co-authored *amicus* brief regarding schools' obligation to address legitimately harmful speech such as bullying, harassment, and threats of violence—whether or not it occurs on school grounds—but must be very specific and distinct with their actions to not overextend their authority.

*Doe v. AJ Boggs & Company* (Superior Court, San Francisco County, California)
> Counsel for certified class of 93 low-income Californians living with HIV whose confidential medical records—including their HIV status—were compromised by a data breach of A.J. Boss's California AIDS Drug Assistance Program (ADAP) online enrollment system.

*Walter v. Walter* (Ind. Ct. of Appeals)
> Co-authored *amicus* brief in support of a lesbian mother appealing a decision (seeking transfer to the state high court) denying her primary custody after her ex-husband argued that she should lose custody because of her lesbian relationship.

*Ray v. McCloud* (S.D. Ohio); *Foster v. Andersen* (D. Kansas); *Arroyo González v. Rosselló* (D. P.R.); & *F.V. v. Jeppesen* (D. Idaho)
> Counsel for transgender people challenging Kansas's, Ohio's, Puerto Rico's, and Idaho's refusal to allow transgender people to correct the gender marker on their birth certificates.

*Hobby Lobby v. Ill. Human Rights Comm'n; Ill. Dept. of Human Rights; & Meggan Sommerville* (Ill. App. Ct. 2nd Dist.)
> Co-authored *amicus* brief regarding the application of laws barring discrimination because of "sex" to transgender people, including the requirement of equal access to sex-segregated facilities.

*Stinson v. Florida* (Circuit Court First Judicial Circuit, Walton County, Florida)
> Counsel for senior citizen seeking post-conviction relief from a more than three-fold sentencing enhancement (twenty-one years over the recommended sentence) based on his HIV-positive status.

*Roe v. Austin* (E.D. Va.); *Harrison v. Austin* (E.D. Va.); *Deese v. Austin* (D. Md.)
> Counsel for U.S. military service members and military academy cadets refused commission or facing discharge based on their HIV-positive status.

*Judd v. Judd* (Ill. App. Ct. 2nd Dist.)
> Counsel for Illinois non-biological mother whose former spouse appealed determination of shared custody of their daughter.

*Karnoski v. Trump* (W.D. Wash., 9th Cir., U.S. Sup. Ct.)
> Counsel for transgender people challenging the constitutionality of the Trump Administration's ban on military service by transgender individuals.

*Dorn v. Michigan Department of Corrections* (W.D. Mich.)
> Counsel for formerly incarcerated individual who was disproportionately punished for his HIV-positive status, including spending nearly a year in solitary confinement, under discriminatory Michigan statute and corresponding procedures.

*Wetzel v. Glen St. Andrew Living Community* (N.D. Ill., 7th Cir.)
> Counsel for older lesbian woman facing discrimination based on her sex and sexual orientation in independent living community, through claims under the Fair Housing Act and the Illinois Human Rights Act.

*Evancho v. Pine Richland School District* (W.D. Pa.)
> Counsel for transgender students in Pine Richland School District challenging a School District resolution that requires transgender student to use restrooms according to their sex assigned at birth.

*Anders v. San Francisco County Superior Court*, aka *Doe v. Kink.com* (Cal. Ct. App.)
> Co-authored *amicus* brief regarding medical privacy rights, HIV-related stigma, public health goals, and statutory intent in the context of HIV testing.

*Erotic Service Provider Legal, Education and Research Project v. Gascón* (9th Cir.)
> Co-authored *amicus* brief regarding intersection of due process and criminal prostitution and solicitation laws as they relate to public health and HIV.

*Whole Woman's Health v. Hellerstedt* (U.S. Sup. Ct.)
> Co-authored *amicus* brief regarding intersection of fundamental rights and equal protection as they relate to reproductive justice.

## SELECTED PRESENTATIONS, TESTIMONY, & POSTERS

**Lavender Law Conference** *July 2021*
Plenary (with Judge Michael Jacobs, Ezra Young, Alexander Chen, Nancy Marcus, Sarah Warbelow, Josh Blecher-Cohen, Imani Rupert-Gordon, and Bendita Malakia): *Bridging the Gap in LGBTQ+ Rights Litigation: A Community Discussion on Bisexual Visibility in the Law*
Presentation (with Arli Christian, Charlie Arrowood, Omar Gonzalez-Pagan, & AC Dumlao): *New Era of Access to IDs for Trans and Non-Binary People*
Presentation (with Sean Bland, Benjamin Brooks, & Tamika Spellman): *Protecting LGBTQ+ Sex Workers Through Decriminalization and Intersectional Policy Approaches*

**Connecticut Bar Association** *June 2021*
Presentation: *Discrimination Against Members of the Military Who Are HIV-Positive*

**Schiff Hardin LLP** *June 2021*
Presentation: *Pride Month 2021 Program*

**Chicago Bar Association, Labor & Employment Division** *May 2021*
Sex Discrimination Seminar: Emerging Trends and Issues
Presentation: *Non-Discrimination Protections for LGBTQ Employees in Illinois After Bostock*
Panel (with Jennifer Jones & Deborah Hamilton): *Recent Trends and Issues in Sex Discrimination*

**University of Chicago Law School** *April 2021*
Diversity Scholar Series: *Transgender Inclusion*

**Indiana University McKinney School of Law, Indianapolis, IN** *February 2021*
Guest Lecture: *Litigating LGBTQ+ Issues – LGBTQ+ Students' Rights*

**Baker McKenzie LLP** *November 2020*
Presentation (with Scott Schoettes & Shelly Skeen): *Improving the Lives of People Living with – And Communities Most Affected by – HIV*

**Illinois State Bar Association Labor & Employment Law Section** *October 2020*
Presentation (with Aaron B. Maduff): *LGBTQ Rights after Bostock v Clayton County (USSC) – Implications for Employees and Employers*

**Lavender Law Conference** *August 2020*
Presentation (with Eric Paulk, Amir Sadeghi, Bamby Salcedo, & Brad Sears): *The Criminalization of Disease – Lessons from HIV, Hepatitis, and COVID-19*

**University of Chicago Law School** *January 2020*
Panelist (with Professors Mary Anne Case & Steve Sanders): *Title VII, Sexual Orientation, & Gender Identity*

**Pritzker Military Library** *December 2019*
Panelist (with Scott Schoettes, Sgt. Nick Harrison, & Sasha Buchert): *Transgender & HIV Military Ban Panel with U.S. Rep. Mike Quigley*

**North Dakota Advisory Committee to the U.S. Commission on Civil Rights Briefing** *June 2019*
Public Hearing Testimony (with North Dakota State Rep. Ruth Buffalo, Hukun Abdullahi, Laetitia Mizero Hellerud, Barry Nelson, Jack Russell Weinstein, & Miriam Zeidman): *Hate Crimes in North Dakota*

**University of Chicago Law School** *April 2019*
Panelist (with Scott Schoettes, Peter Perkowski, & Julie Bauer): *HIV & the Military*

**Indiana University Maurer School of Law, Bloomington, IN** *March 2019*
Presentation (with Professor Steve Sanders): *LGBTQ Equality in the Courts: An Update on Current Controversies*

**Cook County Board of Commissioners** *February 2019*
Public Hearing Testimony: *Resolution Condemning Trump Administration Treatment of Transgender, Gender Non-Conforming, & Intersex Individuals*

**National Asian Pacific American Bar Association Conference** *November 2018*
Panelist (with Rachel See, Brynn Tannehill, & Kage Adams): *Stories from the Front Lines: Military Policies Regarding Openly Transgender Americans*

**Ohio State Bar Association** *September 2018*
Presentation (with Susan Becker & Alana Jochum): *Seventh Annual LGBTQ & Allies Diversity & Inclusion Conference*

**Defense Research Institute (DRI) Employment & Labor Law Conference** *May 2018*
Panelist (with Craig R. Thorstensen): *Addressing Claims of Discrimination Involving the LGBT Community*

**Defense Research Institute (DRI) Retail & Hospitality Litigation Conference** *May 2018*
Panelist (with Leon B. Silver, Katina Thornock, & Kristen Wilson): *Transgender Bathrooms: Where Can We Go Wrong?*

**DePaul College of Law** *March 2018*
Panelist (with Miles Shultz & Lori Ecker): *Journal of Women, Gender & Law Symposium*

**Chicago Bar Association** *February 2018*
Panelist (with John Knight, Lark Mulligan, Maria Pahl, & Mike Ziri): *Serving LGBT Clients in 2018: What You Need to Know*

**Congressional LGBT Equality Caucus Staff Briefing** *January 2018*
Panelist (with Shayla Schlossenberg, Preston Mitchum, Magalie Lerman, & Kate D'Adamo): *The Impact of Sex Work Laws on LGBTQ Community*

**Creating Change Conference** *January 2018*
Presentation (with Daniel Bruner, Guillaume Bagal III, & Kate D'Adamo): *Criminalizing Sex Work: Exploring the Full Scope of the Law*

**Wake Forest University School of Law** *November 2017*
Presentation (with Nii-Quartelai Quartey, Paula Kohut, & Yemi Adegbonmire): *LGBT Advocacy and Aging*

**Lavender Law Conference** *August 2017*
Presentation (with Daniel Bruner, Maria Carmen Hinayon, & Richard Saenz): *Sex Workers and the Criminal Law: An LGBT Issue*

**Creating Change Conference** *January 2017*
Presentation (with Meghan Maury & Shelby Chestnut): *Reentry: Breaking the Cycle of Incarceration for LGBTQ People and PLHIV*
Presentation (with Candace Bond-Theriault): *Stop the Stigma: Queer Identity, Abortion Stigma and Politics of the Closet*
Presentation (with Kate D'Adamo, Victoria Roldriguez-Roldan, & Joanna Cifredo): *Decriminalization of the Sex Trade*

**Coalition for Juvenile Justice Conference** *April 2016*
Poster: *LGBTQ Youth & Disproportionate Juvenile & Criminal Justice System Contact: Policing, Prosecution and Sentencing & the Collateral Effects of a Record*

**Creating Change Conference** *January 2016*
Presentation (with Rachel Brady, Candace Moore, & Geoffrey Winder): *Perspectives on Policing Young People in Schools*
Presentation (with Lam Ho): *Sex Work Decriminalization: A History, Personal Experiences, and Advocacy Tools*

ADMISSIONS, AWARDS, & AFFILIATIONS

- State Bar Admission: Illinois
- U.S. District Courts: Northern District of Illinois & Western District of Michigan

- U.S. Courts of Appeals: Fourth Circuit, Seventh Circuit, & Ninth Circuit
- U.S. Supreme Court
- Illinois State Bar Association
- National LGBT Bar Association 40 Best Lawyers Under 40 Award, 2020
- Windy City Times 30 Under 30 Award, 2016
  (awarded for contributions made to the Chicago LGBTQ community)

# MONICA G. COCKERILLE
100 W. Main Street,
Suite 204
Boise, ID 83706
(208) 850-3075

## EXPERIENCE

**Cockerille Law Office, P.L.L.C.**

**September 2005 – Present**

    Responsible for the management of all litigation for Boise Cascade Company (FKA Boise Cascade, L.L.C.), a timber and wood products manufacturer and distributor of building supplies, and for Packaging Corporation of America (PCA), a manufacturer and distributor of paper and corrugated containers. Manage an average of 30 to 50 cases in both Federal and state courts across the United States in a variety of areas including personal injury, employment, and contracts. In addition to litigation management, provide transactional support to Boise Cascade Company and PCA as well as transactional support to The Amalgamated Sugar Company. Transactional support includes labor and employment advice, contracts, real estate, intellectual property advice, corporate governance, and other general business support.

    Provide legal services to individuals and families with assisted reproduction/fertility law needs, including drafting gestational carrier agreements, completing court parentage paperwork at the time of birth, and other legal advice and services in the area of assisted reproduction. Art Fellow of the Academy of Adoption & Assisted Reproduction Attorneys.

**OfficeMax Incorporated**
**(FKA Boise Cascade Corporation)**
**Associate General Counsel, February 2003 – August 2005**
**Counsel, August 1996 – January 2003**

    Handled litigation and transactional work. Spent approximately 4 ½ years handling litigation for OfficeMax in state and Federal courts in Idaho and other states, as both plaintiff and defendant, including employment-related litigation, commercial disputes, tort claims, real property disputes, tax disputes and other litigation. Spent 4 ½ years handling transactional work for OfficeMax primarily for their office products distribution business. Work included acquisitions, real estate, contracts, intellectual property issues, IT related issues and contracts, Federal contracts, and all other issues associated with that business. My responsibilities as Associate General Counsel also required supervision and training of paralegals, executive assistants and counsel, as well as supervision of outside counsel.

**Lathrop & Rutledge, LLP**
**Summer Law Clerk, May 1994 – August 1994 and May 1995 – August 1995**

**Bailey Pickering & Stock, LLP**
**Legal Secretary, January 1993 – August 1993**

**Environmental Protection Agency**
**Office of Radiation Programs**
**Summer Intern, May 1992 – August 1992**

-2-

**EDUCATION**

    J.D. University of Wyoming, 1996
   B.A. Political Science and History, minor in Women's Studies, University of Wyoming,
    August 1992 (*Graduated early, with honors*)

**BAR ADMISSION**

    State of Idaho
    State of Utah
    State of Oregon

**CIVIC ACTIVITIES**

    Past Board Member, Family & Workplace Consortium
    Volunteer Lawyer, Idaho Volunteer Lawyers
    Past Vice-President, Leadership Boise Academy
    Past Board Member, Hidden Springs Charter School
    Past Board Member, Boise School District Foundation
    Idaho City High School, Girls Varsity Basketball Coach
    Idaho City High School, Girls Junior Varsity Volleyball Coach

# COLLEEN R. SMITH
877 Main St Suit 1000 | Boise, ID 83702 | 208.388.4873 | crsmith@hawleytroxell.com

**EXPERIENCE**

*Hawley Troxell Ennis & Hawley*, Boise, ID
<u>Litigation Associate</u>                                                                               March 2021 to Present
- Represents both plaintiffs and defendants in complex construction, property, insurance, contract, and intellectual property disputes.
- Manages all aspects of civil litigation including motions practice, document discovery, and settlement negotiations.
- Maintains active pro bono practice including representation of GALs in child protection cases.

*Covington & Burling LLP*, Washington, D.C.
<u>Litigation Associate</u>                                                                      October 2018 to March 2021
- Drafted multiple successful motions to dismiss class action complaints on behalf of several of the nation's leading financial institutions involving FCRA, state law, and breach of contract claims.
- Drafted all briefs on behalf of global life sciences company during MDL bellwether trial, including briefs regarding jury instructions, exclusion of evidence, and directed verdict.
- Managed the drafting of summary judgment and *Daubert* motions on behalf of Fortune 500 chemical and pharmaceutical companies in product liability actions.
- Negotiated favorable early settlements on behalf of all clients seeking to minimize legal costs.
- Led team of seven attorneys in pro bono civil rights suit brought on behalf of prisoner against county and officers. Negotiated settlement on behalf of client after initial stages of discovery.

*The Honorable David C. Nye, U.S. District Court, District of Idaho*, Pocatello, Idaho
<u>Judicial Clerk</u>                                                                                August 2017 to August 2018

*The Honorable N. Randy Smith, U.S. Court of Appeals for the Ninth Circuit*, Pocatello, Idaho
<u>Judicial Clerk</u>                                                                                August 2016 to August 2017

*The Honorable Liam O'Grady, U.S. District Court, Eastern District of Virginia*, Alexandria, Virginia
<u>Judicial Clerk</u>                                                                                August 2015 to August 2016

*The Honorable B. Lynn Winmill, U.S. District Court, District of Idaho*, Boise, Idaho
<u>Extern</u>                                                                                              May 2013 to August 2013

**EDUCATION**

*William & Mary Law School*, Williamsburg, Virginia
  J.D., *summa cum laude*, May 2015; G.P.A.: 3.85, Class Rank: 1/178 (Valedictorian)
  Lawrence W. I'Anson Award (highest award given to a graduating student by faculty)
  *William & Mary Law Review* (Symposium Editor)

*The College of Idaho*, Caldwell, Idaho
  B.S., *summa cum laude*, Mathematics, Journalism minor, May 2011, G.P.A.: 3.99

**BAR ADMISSIONS**:
  Licensed to practice law in Idaho, Virginia, and the District of Columbia.
  Admitted to practice in the District of Idaho, Eastern District of Virginia, Ninth and Fourth Circuits.



# Michael J. Lanosa
## Associate

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
+1 424 332 4780
mlanosa@cov.com

Michael Lanosa represents a diverse client base in high-stakes litigation, with an emphasis on patent litigation and insurance recovery. He has litigated in both state and federal courts as well as before the United States International Trade Commission.

Michael leverages his Doctor of Pharmacy degree and knowledge of pharmacological agents and biotechnology to advise clients in patent disputes with a particular emphasis on life sciences and technology companies. He has represented both patent owners and alleged infringers in cases involving a wide range of technologies including drugs, biologics, biotechnology, medical devices, software, and electronics.

In addition to patent litigation, Michael also has experience representing insurance policyholders in the construction and energy industries.

## Representative Matters

- Representation of a technology company in multiple patent litigation matters involving software for the delivery and protection of digital television content.
- Representation of a power transmission company in an insurance recovery action involving a claim for business interruption losses under an all-risk property insurance policy.
- Representation of a pharmaceutical company in multi-district ANDA litigation.
- Representation of a biotechnology company in patent litigation related to gene sequencing microarrays.
- Provided strategic patent analysis and portfolio counseling to major pharmaceutical company.
- Representation of a medical device company in patent litigation related to cardiac defibrillators.

## Practices

Litigation and Investigations
- Patent Litigation
- Insurance Recovery

## Industries and Issues

- Life Sciences
- Technology
  - Computer and Electronics

## Education

- University of Southern California Gould School of Law, J.D., 2014
  - *Southern California Law Review*, Senior Editor
  - Order of the Coif
- University of Connecticut, Pharm. D., 2009
  - with honors

## Bar Admissions

- California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Eastern District of Arkansas
- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Immigration Court

- Representation of a pharmaceutical company in patent dispute related to humanized monoclonal antibodies.
- Representation of a biotechnology company in patent litigation involving chimeric antigen receptor T-cell technology.

## Pro Bono

- Filing an amicus brief in support of transgender students' rights. Amici include the National Association of Social Workers, the American Academy of Pediatrics, and the American Medical Association.
- Represent two transgender students, their parents, and a high school teacher and faculty sponsor of a high school LGBTQ student organization as witnesses in connection with a lawsuit filed by a former high school teacher challenging a school policy requiring teachers to refer to transgender students by their chosen names and pronouns.
- Filing an amicus brief in opposition to an Arkansas law prohibiting healthcare professionals from providing gender-affirming care to transgender youth or referring transgender youth for such care. Amici include the American Academy of Pediatrics, the American Medical Association and the American Psychiatric Association.
- Representation of transgender individuals in a lawsuit in Idaho federal court seeking to enforce an injunction prohibiting the State of Idaho from denying applications submitted by transgender individuals requesting that the sex marker on their birth certificates be changed to conform with their gender identity.
- Representation of a gay man from Ghana in asylum proceedings before the Immigration Court and Board of Immigration Appeals.
- Representation of an indigent victim of fraud in connection with a piece of real property before the California Superior Court.

## Previous Experience

- Hon. George H. Wu, U.S. District Court, Central District of California, Extern (2013)
- Nexgen Pharma, Legal Intern (2011)

## News and Insights

- "Calif. Must Clarify Independent Counsel Rates For Insurers," June 29, 2020, *Law360*



# Isaac Belfer
## Associate

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
+1 202 662 5179
ibelfer@cov.com

Isaac Belfer is a litigator who represents a variety of clients in high-stakes patent and general commercial litigation.

Prior to joining the firm, he clerked for the Hon. Jerome Farris on the U.S. Court of Appeals for the Ninth Circuit and the Hon. Naomi Reice Buchwald on the U.S. District Court for the Southern District of New York. Following law school, he practiced in the international arbitration group of an international law firm.

## Representative Matters

- Represents a pharmaceutical company in a patent-infringement action involving a cholesterol-lowering drug.
- Represents renewable energy investors in a case before the U.S. Court of Federal Claims involving cash grants under the American Recovery and Reinvestment Act of 2009.
- Represented a pharmaceutical company in a breach-of-contract action against a supplier.

## Pro Bono

- Filing an amicus brief in support of transgender students' rights. Amici include the National Association of Social Workers, the American Academy of Pediatrics, and the American Medical Association.
- Representing two transgender students and their parents as witnesses in connection with a lawsuit filed by a former high school teacher challenging a school policy requiring teachers to refer to transgender students by their chosen names and pronouns.
- Representation of transgender individuals in a lawsuit in Idaho federal court seeking to enforce an injunction prohibiting the State of Idaho from denying applications

## Practices

Litigation and Investigations

## Education

- Harvard Law School, J.D., 2011
  - *cum laude*
  - *Harvard Law Review*, Executive Editor
  - Oberman Memorial Award in Intellectual Property Law
- Brown University, A.B., 2008
  - *magna cum laude*
  - Phi Beta Kappa

## Judicial Clerkship

- Hon. Jerome Farris, U.S. Court of Appeals, Ninth Circuit, 2013 - 2014
- Hon. Naomi Reice Buchwald, U.S. District Court, Southern District of New York, 2012 - 2013

## Bar Admissions

- District of Columbia
- New York

- submitted by transgender individuals requesting that the sex marker on their birth certificates be changed to conform with their gender identity.
- Represents a veteran in an appeal before the U.S. Court of Appeals for Veterans Claims.

## News and Insights

- "National Law Journal Again Names Covington to "Pro Bono Hot List"," May 4, 2020
- "Covington Wins Historic Class Action Victory for Veterans," June 14, 2019
- "Covington Secures Key Preliminary Injunction for Indivior," July 13, 2018
- "Covington Prevails for Bombardier in Significant ITC Victory," January 26, 2018
- "Note, A Justification for Allowing Fragmentation in Copyright," 2011, *124 Harv. L. Rev. 1751*
- "Recent Case, First Circuit Adopts Plain Meaning of Requirement that Plaintiffs Give Government Their Information Before Filing Suit: United States ex rel. Duxbury v. Ortho Biotech Products, L.P.," 2010, *123 Harv. L. Rev. 1361*
- "Case Comment, Necessary and Proper Clause—Civil Commitment: United States v. Comstock," 2010, *124 Harv. L. Rev. 279*