| | |
|---|---|
| Monica G. Cockerille (ISB No. 5532) | Colleen R. Smith (ISB No. 10023) |
| monica@cockerillelaw.com | crsmith@hawleytroxell.com |
| Cockerille Law Office, PLLC | Hawley Troxell |
| 100 W. Main St., Ste. 204 | 877 Main Street - Suite 1000 |
| Boise, ID 83702 | Boise, ID 83701 \| Tel: (208) 388-4873 |
| Tel: (208) 343-7676 \| Fax: (866) 226-2499 | |
| | D. Jean Veta (Admitted *Pro Hac Vice*) |
| Peter C. Renn (Admitted *Pro Hac Vice*) | jveta@cov.com |
| prenn@lambdalegal.org | Henry Liu (Admitted *Pro Hac Vice*) |
| Nora Huppert (Admitted *Pro Hac Vice*) | hliu@cov.com |
| nhuppert@lambdalegal.org | William Isasi (Admitted *Pro Hac Vice*) |
| Lambda Legal Defense and Education Fund, Inc. | wisasi@cov.com |
| 4221 Wilshire Blvd., Suite 280 | Covington & Burling LLP |
| Los Angeles, CA 90010 | One CityCenter |
| Tel: (213) 382-7600 \| Fax: (213) 351-6050 | 850 10th St NW |
| | Washington, DC 20001 |
| Kara N. Ingelhart (Admitted *Pro Hac Vice*) | Tel: (202) 662-5294 |
| kingelhart@lambdalegal.org | |
| Lambda Legal Defense and Education Fund, Inc. | Michael Lanosa (Admitted *Pro Hac Vice*) |
| 65 E. Wacker Pl., Suite 2000 | mlanosa@cov.com |
| Chicago, IL 60601 | Covington & Burling LLP |
| Tel: (312) 663-4413 \| Fax: (312) 663-4307 | 1999 Avenue of the Stars |
| | Los Angeles, CA 90067 |
| Attorneys for Plaintiffs F.V. and Dani Martin | Tel: (424) 332-4780 |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID JEPPESEN, in his official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>*Defendants*. | No. 1:17-cv-00170-CWD<br><br>**DECLARATION OF DAN STORMER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

## DECLARATION OF DAN STORMER

I, Dan Stormer, declare as follows:

1. I am an attorney licensed to practice law in California. I make this declaration in support of Plaintiffs' motion for attorneys' fees. It is based on my own personal knowledge, and if called as a witness, I could and would testify to the following matters.

### Qualifications

2. I am a founding partner of the law firm of Hadsell Stormer Renick & Dai LLP, which is based in Southern California and practices primarily in the area of employment discrimination, constitutional, civil rights, international human rights, and public interest law. I have been in the practice of law for over four decades and a member of the State Bar of California since 1981, an inactive member of the State Bar of Colorado (1974), and a former member of the State Bar of Washington (1977).

3. I am "AV Preeminent" rated by Martindale-Hubbell. For many decades, I have been listed as a "leading" or "top" attorney on the national, state, and local level in many surveys of my peers and in publications, including: Lawdragon Magazine's "500 Leading Lawyers," "500 Leading Litigators," "500 Leading Plaintiff Employment Lawyers" and "500 Leading Plaintiff Consumer Lawyers" in America, "The Best Lawyers In America" (since 1994), one of the "Top 100 Trial Lawyers" (National Trial Lawyers), one of the "Top 100 Most Influential Lawyers in California" (California Law Business), one of the Top 75 Labor and Employment Lawyers, and as one of the top five (and on other occasions, ten) plaintiff employment lawyers in California (Chambers USA–America's Leading Business Lawyers). Los Angeles Magazine and Law & Politics Magazine has selected me as a "Super Lawyer" and among the Top 100 Lawyers for more than ten years. I have also been selected repeatedly as one of the Top 10 Attorneys in Southern California in the same survey. The Governors of The College of Labor and

1

Employment Lawyers inducted me as a Fellow of the College.

4. I have been acknowledged both nationally and internationally as one of the leading civil rights, employment, plaintiff-side labor and constitutional law attorneys, as recognized in "The Best Lawyers in America," "Euromoney Publications," "Guide to the Worlds' Leading Labour and Employment Lawyers" (since 1999), "America's Registry of Outstanding Professionals," as well as the National and International "Who's Who of Professionals."

5. During the past 47 years, I have taught at over 250 legal programs and seminars as well as having been a keynote and graduation speaker. I have been a law school commencement address speaker, including at The Thomas Jefferson School of Law. I have taught at Hastings College of Law (Trial Advocacy, Pre-Trial Criminal Procedure), Loyola College of Law (Prisoners' Rights), San Fernando Valley College of Law (Trial Advocacy), and at Southwestern University College of Law (Political Trials). I have also taught trial advocacy for the National Institute of Trial Advocacy, Hastings College of Trial Advocacy, and California Institute of Trial advocacy. I have lectured extensively on civil rights and harassment to students, CEB organizations, and community groups.

6. I have received a number of awards, including: The California Lawyer Attorney of the Year (CLAY) Award in 2006 and 2017, The Freedom Now Award from the Los Angeles Community Action Network in 2016, the Religious Liberty Award by the ACLU in 2012, Certificate of Special Congressional Recognition (by Congressman Howard L. Berman, in 2012), LGBT Award (the ACLU Foundation of Southern California, in 2007), The Honorable Robert W. Kenny Award (the Los Angeles Chapter of the National Lawyers Guild, in 2005), Los Angeles Regional Social Justice Award (Occidental College - Urban & Environmental Policy

Institute, in 2006), Certificate of Recognition for Human Rights Legal Representation (California State Assembly), Joseph Posner Award (California Employment Lawyer's Association, in 2005), Certificate of Recognition for Fighting Discrimination (California State Assembly Resolution), Commendation by the Los Angeles Office of the City Attorney (for outstanding contribution to the citizens of Los Angeles, in 1995), the California Lieutenant Governor's Commendation (for longstanding commitment to ensure equal justice and for service to the community, in 1995), the Pursuit of Justice Award (California Women's Law Center, in 1995), California Assembly Resolution (honoring me for my commitment to civil rights, constitutional law and public interest law, in 1995), the Clarence Darrow Award (People's College of Law, in 1991), the Hollywood Fair Housing Council Award (1989), Pro Bono Firm of the Year (Public Counsel Law Center, in 1987), and the Pro Bono Service Award (Legal Aid Foundation of Los Angeles, in 1986).

   7. I have co-counseled with many highly regarded organizations, including Lambda Legal Defense and Education Fund, the American Civil Liberties Union, the Center for Constitutional Rights, the NAACP Legal Defense Fund, the Mexican-American Legal Defense Fund, various legal aid societies, Public Counsel, and the Western Center on Law and Poverty. These co-counseling arrangements have been required because most of the legal work in which I have been involved impacts on diverse interest groups, involves novel and complex issues of law and fact, and can demand huge resources to conduct the type of litigation required.

   8. I have represented a wide range of clients in the civil rights area. I would estimate that I have been co-counsel on at least 40 civil rights class actions. These class actions have involved a wide range of public interest issues including, but not limited to ERISA, 42 U.S.C. § 1983, Title VII of the Civil Rights Act of 1964, Unfair Business and Practices under

California Business & Professions Code § 17200, Immigrants' Rights, Employment Law, Consumer Rights, Welfare Rights and Voting Rights.

9. I have tried many cases to juries. On a number of occasions, I have achieved verdicts of a million dollars or more. Examples are *Martin v. Texaco* ($20 million), *Denise Steffens v. Regus* ($4.6 million); *Schell v. Parks* ($4.31 million), *Zinzun v. City of Los Angeles* ($3.84 million), *Pajas v. County of Monterey* ($1.6 million), *Ruiz v. Jackson* ($1.6 million), *Wysinger v. The Automobile Club of Southern California* ($1.3 million), and *Bonsangue v. ADP* (slightly over $1 million). I have been co-counsel or lead counsel in scores of cases which have settled for seven or eight figures (no decimals included).

10. Many of my cases have resulted in published decisions by the United States Supreme Court, Federal Courts of Appeal, District Courts, and state courts, including the California, Washington, and Colorado Supreme Courts and the California Courts of Appeal.

**Reasonableness of Rates Sought**

11. I am personally familiar with the work of Lambda Legal as an organization, and I have previously co-counseled with Lambda Legal on litigation in Southern California. Lambda Legal has an excellent national reputation for its impact litigation on behalf of lesbian, gay, bisexual, and transgender people (LGBT), including based on landmark victories it has achieved in cases like *Lawrence v. Texas*, 539 U.S. 558 (2003), and *Obergefell v. Hodges*, 576 U.S. 644 (2020).

12. The impact litigation that Lambda Legal undertakes is high stakes, not only because of the potential resource commitment required, but because a loss can have significant negative consequences for the LGBT community as a whole. Prevailing in this area of work can often require specialized institutional knowledge, experience, and expertise specific to LGBT

4

issues.

13. Mounting successful federal challenges to the lawfulness of state laws in particular can present significant legal complexity and difficulty. Litigation against the government also tends to be hard-fought, consume significant attorney time, and entail significant financial risk with no assurance of compensation.

14. I have reviewed the rates requested for Lambda Legal attorneys Peter Renn and Nora Huppert and paralegal Jamie Farnsworth. I understand that Plaintiffs are seeking fees for legal work to clarify and enforce the court rulings that they previously obtained in 2018, which allowed transgender people to access birth certificates matching their gender identity, after the State of Idaho enacted legislation in 2020 implicating those rulings. I understand that Mr. Renn, who graduated from Harvard Law School in 2006 and has specialized exclusively in litigation advancing LGBT rights since 2010, has sought rates of $650 and $675 for work performed in 2020 and 2021, respectively. I also understand that Ms. Huppert, who graduated from Columbia Law School in 2019 and has specialized exclusively in litigation advancing LGBT rights since that time, has sought rates of $325 and $350 for work performed in 2020 and 2021, respectively. Finally, I understand that Ms. Farnsworth, as a paralegal with 14 years of legal experience, has sought a rate of $175 per hour for work performed during the same period.

15. In my opinion, based on my knowledge and experience regarding prevailing market rates and fee awards, the rates requested by Mr. Renn, Ms. Huppert, and Ms. Farnsworth are well within the range of reasonable rates in the Los Angeles legal market for professionals of comparable experience, expertise, and skill for comparable work in the community.

16. Among other bases, my opinion is supported by the hourly rates charged by my firm for non-contingency cases. In other words, these are the rates that apply where we expect

full payment by clients promptly upon rendition of billing, without any contingency. The 2021 rates for a sampling of the attorneys in my firm, along with their of graduation from law school, include the following: Dan Stormer (1974), $1,200; Barbara Enloe Hadsell (1978), $1,075; Cornelia Dai (1999), $800; Nancy Hanna (2011), $550; Brian Olney (2013), $500; Tanya Sukhija-Cohen (2013), $500; Shaleen Shanbhag (2014), $475; and Hanna Chandoo (2015), $450. The rates for our paralegals range from $175 to $300 per hour. These rates for our attorneys and paralegals are within the range of those of comparable experience, expertise, and skill in the community.

17.     We expect a premium on our contingency fee cases, however, because of the significant economic risks associated with such work. Those risks are considerable: in contingency cases, we face the prospect of investing hundreds of thousands of dollars of time and money over several years with no guarantee that we will ever be paid. Thus, where payment is contingent upon outcome or any other factor, the fee arrangement is generally adjusted upward to compensate the attorneys for risk and delay in payment.

18.     Based on rates charged by attorneys at my firm for cases *not* involving contingency fees, the rates sought for Mr. Renn and Ms. Huppert are within the range of reasonable rates in Los Angeles, particularly as rates for contingency cases. For instance, my colleague Ms. Dai's rate for non-contingent work is $800 per hour as a 1999 graduate, and my colleague Ms. Hanna's rate for non-contingent work is $550 per hour as a 2011 graduate. Mr. Renn's rates of $650 for 2020 and $675 for 2021 for fee-contingent work as a 2006 graduate properly takes into account rate differences for years of experience. Similarly, my colleague Ms. Chandoo's rate for non-contingent work is $450 as a 2015 graduate. Rate differences of approximately $25 for each additional year of experience, particularly during the first several

years of practice, are typical within the community. Ms. Huppert's rate of $325 for 2020 and $350 for 2021 for fee-contingent work as a 2019 graduate is thus within the range of reasonable rates in the community for comparable work.

20. 19. My opinions regarding the reasonableness of the rates sought by Mr. Renn and Ms. Huppert are also supported by the rates awarded by courts to comparable attorneys, which can be even higher than the rates sought here, as set forth below.

20. In *McKibben v. McMahon*, No. 14-2171 JGB (SPx), Dkt. 103 (C.D. Cal. Feb. 28, 2019), the court found, as relevant here, the following range of rates in 2019 for civil rights work in the forum: "attorneys practicing civil rights litigation with 9-15 years of experience bill adjusted lodestar rates of $606-$855 per hour; and attorneys practicing civil rights litigation with 1-6 years of experience billed adjusted lodestar rates of $336-$671 per hour." *Id.* at 19. The rates sought for Mr. Renn and Ms. Huppert fall well within, if not below, this range of 2019 rates. *Id.* at 19 (finding that $715/hour for an ACLU of Southern California attorney with 15 years of experience was reasonable). Notably, this range of 2019 rates also does not account for higher market rates for 2021, given inflation. *See U.S. v. $28,000,000 in U.S. Currency*, 802 F.3d 1100, 1107 (9th Cir. 2015) ("'market rates in effect more than two years *before* the work was performed'" do not reflect current market rates) (emphasis in original; citation omitted).

21. Similarly, in *Gomez-Sanchez v. Barr*, No. 14-72506, Dkt. 88 (9th Cir. Jul. 17, 2019), the Ninth Circuit awarded Bardis Vakili, an attorney with the ACLU of Southern California who graduated in 2006, a rate of $620/hour for work performed in 2018 (as an attorney with 12 years of experience at the time). The Ninth Circuit also observed that the evidence showed the rates sought were "at or near the low end of the spectrum" in the community. *Id.* at 12. The rate awarded there is consistent with, if not effectively higher than,

the rates sought for Mr. Renn for work performed in 2020-21 as an attorney with 14-15 years of experience.

22. Likewise, in *Castillo v. Nielsen*, No. 5:18-cv-01317-ODW (KESx), 2020 WL 2840065 (C.D. Cal. Jun. 1, 2020), the court awarded Michael Kaufman, an attorney with the ACLU of Southern California who graduated in 2007, rates of $620 to $645 per hour for work performed in 2018-19 (as an attorney with 11-12 years of experience at the time). Those rates are consistent with, if not effectively higher than, the rates sought for Mr. Renn for work performed in 2020-21 as an attorney with 14-15 years of experience who graduated in 2006.

23. Paralegal rates of $175 per hour are also within the range of reasonable rates awarded in the forum, particularly for a paralegal with 14 years of experience like Ms. Farnsworth. For example, in *Perfect 10, Inc. v. Giganews, Inc.*, No. CV 11-07098-AB (SHx), 2015 WL 1746484, at *21 (C.D. Cal. Mar. 23, 2015), the court found in 2015 that $240 per hour for a paralegal with 5 years of experience was reasonable and consistent with market rates.

24. In sum, based on the information above, as well as my knowledge, background, and experience, I believe that the requested hourly attorney and paralegal rates for Lambda Legal are reasonable and fall within the prevailing market rates for similar attorneys and paralegals performing comparable work in Southern California.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 31, 2021

Dan Stormer