Monica G. Cockerille (ISB No. 5532)
monica@cockerillelaw.com
Cockerille Law Office, PLLC
100 W. Main St., Ste. 204
Boise, ID 83702
Tel: (208) 343-7676 | Fax: (866) 226-2499

Peter C. Renn (Admitted *Pro Hac Vice*)
prenn@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Tel: (213) 382-7600 | Fax: (213) 351-6050

Kara N. Ingelhart (Admitted *Pro Hac Vice*)
kingelhart@lambdalegal.org
Nora Huppert† (Admitted *Pro Hac Vice*)
nhuppert@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Tel: (312) 663-4413 | Fax: (312) 663-4307
†*Admitted in CA, Pending Admission in IL*

Attorneys for Plaintiffs F.V. and Dani Martin

Colleen R. Smith (ISB No. 10023)
crsmith@hawleytroxell.com
Hawley Troxell Ennis & Hawley LLP
877 Main Street - Suite 1000
Boise, ID 83701
Tel: (208) 388-4873 | Fax: (208) 954-5278

D. Jean Veta (Admitted *Pro Hac Vice*)
jveta@cov.com
Henry Liu (Admitted *Pro Hac Vice*)
hliu@cov.com
William Isasi (Admitted *Pro Hac Vice*)
wisasi@cov.com
Covington & Burling LLP
One CityCenter
850 10th St NW
Washington, DC 20001
Tel: (202) 662-5294

Michael Lanosa (Admitted *Pro Hac Vice*)
mlanosa@cov.com
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (424) 332-4780

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>DAVID JEPPESEN, in his official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>          *Defendants*. | No. 1:17-cv-00170-CWD<br><br>**DECLARATION OF CHARLIE WYSONG IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

## DECLARATION OF CHARLIE WYSONG

I, Charlie Wysong, declare as follows:

1. I am more than eighteen (18) years of age, have personal knowledge of the facts set forth herein, and am otherwise competent to testify on to the matters set forth herein. I make this declaration in support of Plaintiffs' motion for attorneys' fees.

2. I understand that Plaintiffs are seeking attorneys' fees based on legal work that was performed after the State of Idaho enacted legislation in 2020 denying transgender people the means of correcting their birth certificates to match their gender identity. I further understand that enforcement of this legislation violated a permanent injunction and judgment that Plaintiffs had previously obtained in 2018 after prevailing on their federal constitutional claim, and thus necessitated additional litigation for which Plaintiffs are seeking attorneys' fees.

### Qualifications

3. I earned a bachelor's degree with honors from the University of Chicago (Phi Beta Kappa) in 2008, earned a master's degree from the Stanford School of Education in 2012, and received my law degree from Stanford Law School in 2012, where I served as editor in chief of the Stanford Journal of Civil Rights and Civil Liberties.

4. I am a member of the Illinois Bar Association and have more than nine years of legal experience in Chicago, including a clerkship with the Honorable Richard Posner of the United States Court of Appeals for the Seventh Circuit in 2012-2013. Since the end of my clerkship, I have been a public interest lawyer, specializing in civil rights and constitutional law, consumer law, disability law, and education law.

5. From 2013-2015, I worked as a Skadden Foundation Fellow in Chicago for Equip for Equality—a non-profit law firm that represents people with disabilities in Illinois in human and civil rights matters. A Skadden Fellowship is a competitive two-year fellowship program

1

designed to place public interest lawyers in non-profit practices.

6. Since 2015, I have practiced civil rights and complex litigation with the law firm of Hughes Socol Piers Resnick & Dym, Ltd. (HSPRD) where I am currently a partner. HSPRD is based in Chicago with a significant practice in the areas of constitutional, civil rights, class action, qui tam, employment, and public interest law. I am also a board member with the National Employment Lawyers Association of Illinois and I counsel and represent clients in discrimination disputes based on sex, gender identity, and sexual orientation in schools and in the workplace. I recently served on Illinois Governor J.B. Pritzker's task force on Affirming and Inclusive Schools.

7. I am admitted to the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Illinois, and the United States Court of Appeals for the Seventh Circuit. HSPRD litigates civil rights issues predominantly in Illinois state courts and federal courts across the country. Based on this experience, described more fully below, I am familiar with the hourly rates for the legal community in the City of Chicago for complex state and federal litigation, including civil rights cases.

8. At HSPRD, we handle a wide variety of complex civil matters, including many civil rights matters, before administrative agencies including the Illinois State Board of Education, the Illinois Department of Human Rights, the EEOC, and the National Labor Relations Board and at all levels of the court system including in appeals before the United States Supreme Court, the Seventh Circuit Court of Appeals, and the Illinois Appellate and Supreme Courts. In both trial courts and in appeals, HSPRD has represented certified classes of migrant workers suing their employers for unpaid wages and damages under the Fair Labor

Standards Act, 29 U.S.C. §§ 201-19, the Migrant and Seasonal Worker Protection Act, 29 U.S.C. §§ 1801-71, and similar state statutes; whistleblowers reporting fraud against government programs through cases brought under federal and state False Claims Acts; people with mental health disabilities facing discrimination in school and public accommodations; claims under the United States and state constitutions and statutory protections against discrimination; and numerous individuals and companies in civil liberties, constitutional law, class action, commercial, education equity, false claims, employment, and labor law matters.

9. The trial and appellate decisions reflect the diversity of HSPRD's work. Some of our cases include: *Griffin v. City of Chicago*, 497 F.Supp.3d 307 (N.D. Ill. 2020) (represented fire department applicant in sex, disability, and retaliation claims under Title VII, the Americans with Disabilities Act (ADA), and the Illinois Human Rights Act (IHRA)); *State ex rel. Leibowitz v. Fam. Vision Care, LLC*, 128 N.E.3d 422 (Ill. App. Ct. 2019), *appeal allowed*, 132 N.E.3d 367 (Ill. 2019), and *aff'd*, 2020 IL 124754 (represented whistleblower in *qui tam* suit for violation of the Illinois Insurance Claims Fraud Protection Act in successful case presenting multiple constitutional disputes of first impression); *In re Emerald Casino, Inc.,* 867 F.3d 743 (7th Cir. 2017) (affirming a $272 million judgment against directors and officers of the bankrupted Emerald Casino for breach of contract); *Ernst v. City of Chicago,* 837 F.3d 788 (7th Cit. 2016) (establishing standards for disparate impact litigation under Title VII regarding testing practices), *on remand* No. 08 C 4370, 2018 WL 6725866, at *1 (N.D. Ill. Dec. 21, 2018) (awarding five plaintiffs relief worth well in excess of $10 million in sex discrimination claims); *Lewis v. City of Chicago*, 560 U.S. 205 (2010) (represented class of African-American applicants for firefighter jobs in race discrimination claims under Title VII regarding a discriminatory written test); *People Who Care, et al. v. Rockford Bd. of Educ.*, 246 F.3d 1073 (7th Cir. 2001) (litigation to

obtain judicial relief effectively integrating Rockford, IL schools resulting in one of the most extensive set of liability findings in the history of desegregation legislation).

10. I am familiar with the hourly rates for the legal community in Chicago, Illinois for both state and federal litigation, including civil rights impact litigation. This knowledge stems in part from my own regular hourly rate and the rates charged by HSPRD. HSPRD's standard hourly rates are set based on the nature and extent of each attorneys' professional experience and the number of years of practice. HSPRD periodically reviews prevailing hourly rates in the legal community of firms roughly comparable in size and having attorneys of similar skill, experience, and standing and takes this review into account when setting the firm's hourly rates. These are the standard rates charged to and paid by the firm's clients for civil rights and other complex litigation (plaintiff or defense). Additionally, we have litigated fee motions in similar complex civil litigation matters and have been awarded our standard rates.

## Reasonableness of Rates Sought

11. I was asked by counsel for Plaintiffs to opine regarding the reasonableness of the hourly rates for Lambda Legal attorneys Kara Ingelhart (from 2020-2021) and Nora Huppert (from September 1, 2021 onward) assuming they were awarded rates based on the Chicago legal market.

12. I am familiar with the work of Lambda Legal and the national reputation it has earned for impact litigation on behalf of lesbian, gay, bisexual, and transgender (LGBT) people. I have also previously served as a Governor-appointed member of the Illinois State Affirming and Inclusive Schools Task Force alongside a Lambda Legal attorney. The Task Force primarily served to develop legal and policy strategies for Illinois public schools to provide equal educational opportunities for transgender students.

13. I understand that Ms. Ingelhart, who graduated from the Law School at the University of Chicago in 2015, has focused on impact litigation advancing civil rights of LGBT people and the rights of people living with HIV at Lambda Legal since graduation. Ms. Ingelhart was awarded a Skadden Fellowship to pursue this work after graduation. She has experience litigating government restrictions that deny transgender people the ability to correct their birth certificates to match their gender identity, including in Ohio, Kansas, and Puerto Rico as well as Idaho. I understand that Ms. Ingelhart seeks rates of $320 and $330 for work performed in 2020 and 2021, respectively.

14. I understand that Ms. Huppert, who graduated from Columbia Law School in 2019 and has similarly focused her practice on impact litigation advancing LGBT rights at Lambda Legal. Ms. Huppert was awarded the Renberg Fellowship to pursue this work after graduation. I further understand that Ms. Huppert has experience litigating government discrimination against transgender people in multiple jurisdictions, including Alaska and West Virginia. I understand that Ms. Huppert seeks a rate of $270 for work performed on or after September 1, 2021.

15. In my opinion the rates sought by Ms. Ingelhart and Ms. Huppert are reasonable and in line with the prevailing market rates in Chicago for comparable legal services performed by attorneys with comparable qualifications, experience, and expertise.

16. This opinion is supported by several considerations. First, the rates sought for Ms. Ingelhart and Ms. Huppert are consistent with the range of rates charged for HSPRD attorneys for constitutional, civil rights, and complex litigation cases in the Chicago area. For example, my rate is $380 per hour for 2021. The current standard hourly rates for some of my associate colleagues at HSRPD include $350 an hour for a 2014 law school graduate, and $300

per hour for a 2019 law school graduate. These rates are charged by HSPRD and paid by our clients for civil rights and complex litigation in Chicago. Rate increases of approximately $10-15 for each additional year of experience are not uncommon, particularly during the first several years of an attorney's practice. Recently, in *Vega v. Chicago Park Dist.*, the court held that the best evidence of the local market rate is "the amount the attorney . . . bills for similar work." -- F.4th --, 2021 WL 3907883, at *5 (7th Cir. 2021). The difficulty and complexity of the constitutional and LGBT impact litigation in which I understand Lambda Legal is engaged is not any less significant than the legal work for which HSPRD is paid by its clients.

      17.     The rates sought are supported by a similar range of rates awarded by courts. For example, in *Lloyd v. Credit Services Int'l, Inc.*, No. 18-C-4267, 2019 WL 5311843, at *1 (N.D. Ill. Oct. 21, 2019), the court found that a rate of $352 per hour was reasonable for work performed by an attorney with five years of experience when the lawsuit was filed. Similarly, in *Awalt v. Marketti*, No. 11-cv-6142, 2018 WL 2332072, at *2 (N.D. Ill. May 23, 2018), the court found in 2018 that $375 per hour was reasonable for an attorney with seven years of experience (Steven Art) and $300 per hour was reasonable for an attorney with three years of experience (Thomas Kayes) when fees were sought in 2016. Further, Ms. Ingelhart's rates are reasonable because she seeks lower historical rates for work performed in 2020, even though in the Northern District of Illinois, fees for multi-year litigation can be set based on a single current rate at the time fees are sought. *Adamik v. Motyka*, No. 12-cv-3810, 2018 WL 3574751, at *4 (N.D. Ill. July 25, 2018).

      18.     In addition, the institutional expertise, experience, and resources of Lambda Legal in LGBT impact litigation made it uniquely well-equipped to handle the litigation at issue here, particularly because it concerned a statute enacted in defiance of the permanent injunction that

Lambda Legal obtained in the first instance. It is difficult to imagine that a reasonably prudent client would not retain the same organization who successfully litigated the original matter under such circumstances. Furthermore, the specialization in LGBT impact litigation by the Lambda Legal attorneys would greatly increase the efficacy of their advocacy and provide significant efficiencies in representation (and thus reduced overall fees) of novel and complicated matters in this practice where the law is developing rapidly.

19. Based on the considerations set forth above, my knowledge of prevailing market rates, and the superior qualifications of Ms. Ingelhart and Ms. Huppert, I believe that the rates sought are reasonable and in line with the legal community in Chicago.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 23, 2021

*Charlie Wysong* (signature)
Charlie Wysong