LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
DAYTON P. REED, ISB #10775
Deputy Attorneys General
954 W Jefferson, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:      (208) 854-8073
steven.olsen@ag.idaho.gov
dayton.reed@ag.idaho.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>              Plaintiffs,<br><br>vs.<br><br>DAVID JEPPESEN, in his official capacity as Director of the Idaho Department of Health and Welfare and ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health the Idaho Department of Health and Welfare, and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>              Defendants. | Case No. 1:17-cv-000170-CWD<br><br>**DECLARATION OF<br>STEVEN L. OLSEN** |

      I, Steven L. Olsen, declare as follows:

      1.      I am a Deputy Attorney General for the State of Idaho and counsel for the State Defendants in this proceeding.

      2.      Attached hereto as Exhibit A-1 in PDF format is a copy of the billing entries Plaintiffs submitted in support of their fee petition which I have reviewed.  Based on the

DECLARATION OF STEVEN L. OLSEN – 1

description of the billing entries, I have highlighted in red the time spent by Plaintiffs' attorneys and paralegals on Plaintiffs' first motion to clarify [Dkt. 46].

3. Using the billing entries in Exhibit A-1, I tallied in the attached Exhibit A-2, the hours spent by each attorney/paralegal and the related fees concerning Plaintiffs counsels' work on the first motion to clarify [Dkt. 46].

4. Attached hereto as Exhibit B-1 in PDF format is a copy of the billing entries Plaintiffs submitted in support of their fee petition which I have reviewed. Based on the description of the billing entries, I have highlighted in red the time spent by Plaintiffs' attorneys and paralegals on Plaintiffs' motion for attorney fees and expenses [Dkt. 83].

5. Using the billing entries in Exhibit B-1, I tallied in the attached Exhibit B-2 the hours spent by each attorney/paralegal and related fees concerning Plaintiffs counsels' work on their request for legal fees.

6. Attached hereto as Exhibit C is a summary of Plaintiffs counsels' adjusted hour and rates for Plaintiffs' fee petition (fees-on-fees).

7. Attached hereto as Exhibit D is a summary of Plaintiffs counsels' adjusted hours and rates for all post-judgment work.

I, Steven L. Olsen, hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 19th day of November, 2021.

By:   /s/ Steven L. Olsen
      Steven L. Olsen

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of November, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following Persons:

| | |
|---|---|
| Monica G. Cockerille<br>monicacockerille@me.com | Colleen R. Smith<br>csmith@cov.com |
| Peter C. Renn<br>Prenn@lambdalegal.org | D. Jean Veta<br>jveta@cov.com |
| Kara N. Ingelhart<br>kingelhart@lambdalegal.com | Henry Liu<br>hliu@cov.com |
| Nora Huppert<br>nhuppert@lambdalegal.org | William Isasi<br>wisasi@cov.com |
| *Attorneys for Plaintiffs F.V. and Dani Martin* | Michael J. Lanosa<br>mlanosa@cov.com |

By: /s/ *Steven L. Olsen*
STEVEN L. OLSEN