# EXHIBIT A-2

*F.V. vs. Jeppesen, et al.,* Case No. 1:17-cv-000170-CWD

**Summary of Plaintiffs' counsels' hours and rates for Plaintiffs' first motion to clarify**

| Attorney | Hours | Rate - 2020 | Total Fee |
|---|---|---|---|
| Peter Renn | 145.1 | $650 | $94,315.00 |
| Nora Huppert | 33.9 | $325 | $11,017.50 |
| Kara Ingelhart | 6.9 | $320 | $2,208.00 |
| Monica Cockerville | 7.5 | $410 | $3,075.00 |
| Colleen Smith | 10 | $240 | $2,400.00 |
| Michael Lanosa | 10.6 | $250 | $2,650.00 |
| Isaac Belfer | 4.2 | $280 | $1,176.00 |
| Jamie Farnsworth, Paralegal | 12.4 | $175 | $2,170.00 |
| Total: | 230.6 | | $119,011.50 |