# EXHIBIT B-2

*F.V. vs. Jeppesen, et al.,* Case No. 1:17-cv-000170-CWD

**Summary of Plaintiffs' counsels' hours and rates for Plaintiffs' fee petition (requested fees-on-fees)**

| Attorney | | Hours | Rate - 2021 | Total Fee |
|---|---|---|---|---|
| Peter Renn | | 77 | $675 | $51,975.00 |
| Nora Huppert | (thru 8/31/21) | 26.8 | $350 | $9,380.00 |
| | (after 9/1/21) | 42.4 | $270 | $11,448.00 |
| Kara Ingelhart | | 14.9 | $330 | $4,917.00 |
| Monica Cockerville | | 3.8 | $410 | $1,558.00 |
| Colleen Smith | | 24.9 | $250 | $6,225.00 |
| Jamie Farnsworth, Paralegal | | 7.5 | $175 | $1,312.50 |
| | Total: | 197.3 | | $86,815.50 |

_____

[1] Messrs. Lanosa and Belfer did not bill time on Plaintiffs' fee petition.