# EXHIBIT C

*F.V. vs. Jeppesen, et al.,* **Case No. 1:17-cv-000170-CWD**

**Summary of Plaintiffs' counsels' ADJUSTED hours and rates for Plaintiffs' fee petition (fees-on-fees)**

| Attorney | Hours | Rate – 2021 Boise | Total Fee |
|---|---|---|---|
| Peter Renn | 17.9[1] | $370 | $6,615.60 |
| Nora Huppert | 16 | $220 | $3,528.80 |
| Kara Ingelhart | 3.4 | $280 | $963.20 |
| Monica Cockerville | 0.9 | $410 | $360.80 |
| Jamie Farnsworth, Paralegal | 1.8 | $175 | $308.00 |
| Total: | **40**[2] | | **$11,776.40** |

_____

[1] The number of hours allocated for the attorneys and paralegal is determined by adding the total amount of time spent by these individuals on the attorney fee petition and then dividing each individual's time spent by the total to determine a percentage for each individual. That percentage is then applied to the 40 hours defendants contend should be paid for plaintiffs' preparation of the attorney fee petition. By way of example, Mr. Renn spent 77 hours of the total 172.4 hours these plaintiffs' counsel spent preparing the fee petition. The 77 hours Mr. Renn spent in this regard is 44.7% of the total 172.4 hours. If the total reasonable hours spent is 40 hours, 44.7% of 40 hours is 17.9 hours. Thus, Mr. Renn's adjusted hours, as indicated in the table above, is 17.9 hours.

[2] Defendants have argued that the legal services of Covington lawyer, Colleen Smith, and the other two Covington lawyers, Messrs. Lanosa and Belfer, were unnecessary and redundant in the post-judgment proceedings. Therefore, in Defendants' calculation of what constitutes a reasonable fees-on-fees award for Plaintiffs, Ms. Smith's time spent on the fee petition has been removed.