# EXHIBIT D

*F.V. vs. Jeppesen, et al.,* Case No. 1:17-cv-000170-CWD

**Summary of Plaintiffs' counsels' ADJUSTED hours and rates for all post-judgment work**

| Attorney | | Requested Hours | Adjusted Hours | Adjusted Rate | Adjusted Fees |
|---|---|---|---|---|---|
| Peter Renn | 2020[1] | 312 | 166.9 | $360 | $60,084.00[2] |
| | 2021[3] | 84.6 | 25.5 | $370 | $9,435.00 |
| Nora Huppert | 2020 | 197 | 163.1 | $210 | $34,251.00 |
| | 2021 | 80.8 | 27.6 | $220 | $6,072.00 |
| Kara Ingelhart | 2020 | 94.5 | 87.6 | $270 | $23,652.00 |
| | 2021 | 15.1 | 3.6 | $280 | $1,008.00 |
| Monica Cockerville | 2020 | 24.9 | 17.4 | $410 | $7,134.00 |
| | 2021 | 4.8 | 1.9 | $410 | $779.00 |
| Jamie Farnsworth, Paralegal | 2020 | 37.9 | 25.5 | $175 | $4,462.50 |
| | 2021 | 7.5 | 1.8 | $175 | $315.00 |
| | **Total** | **859.1** | **520.9** | | **$147,192.50**[2] |

---

[1] An attorney's adjusted 2020 hours reflect the attorney's individual time spent on all post-judgment work in 2020, less the time this attorney spent on Plaintiffs' first motion to clarify, which was filed in 2020. For the time each attorney spent on Plaintiffs' first motion to clarify, *see* Ex. A-2 to Olsen Dec.

[2] To calculate the adjusted fees, an attorney's adjusted hours are multiplied by the attorney's adjusted rate (*i.e.,* the corresponding Boise rates set forth in Plaintiffs' Lloyd Declaration).

[3] An attorney's adjusted 2021 hours reflect the attorney's individual time spent on all post-judgment work in 2021, but also reflects an adjustment to the time this attorney spent on Plaintiffs' fee petition, which was filed in 2021. To illustrate, with respect to attorney Peter Renn, he logged 84.6 hours as his total 2021 hours. Of those 84.6 hours in 2021, he logged 77 hours for preparing Plaintiffs' fee petition alone. See Ex. B-2 to Olsen Dec. Because the amount of hours Mr. Renn spent on the fee petition is excessive, his hours working on the fee petition should be reduced to 17.9 hours, for the reasons noted in Defendants' opposition brief. To arrive at Mr. Renn's adjusted 2021 hours, Defendants used the following calculation: 84.6 – 77 = 7.6 + 17.9 = 25.5. Thus, Mr. Renn's adjusted 2021 hours is 25.5.