Peter C. Renn (Admitted *Pro Hac Vice*)
prenn@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
800 S. Figueroa St., Ste. 1260
Los Angeles, CA 90010
Tel: (213) 382-7600 | Fax: (855) 535-2236

Monica G. Cockerille (ISB No. 5532)
monica@cockerillelaw.com
Cockerille Law Office, PLLC
155 W. Shoreline Dr., Ste. 100
Boise, ID 83702
Tel: (208) 343-7676 | Fax: (866) 226-2499

*Attorneys for Plaintiff Dani Martin*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>JULIET CHARRON, in her official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>     *Defendants*. | Case No. 1:17-cv-00170-REP<br><br>**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISSOLVE PERMANENT INJUNCTION** |

  Pursuant to Local Rules 6.1 and 7.1, undersigned counsel hereby moves for a four-week extension of time in which to file a response to Defendants' motion to dissolve permanent injunction (Dkt. 92), extending the deadline from October 24, 2025 until November 21, 2025. Defendants do not oppose this request, which is also the first request for an extension to respond

to Defendants' motion.

This extension is sought in light of the additional time required to prepare a response to Defendants' motion, which seeks to dissolve a permanent injunction issued approximately seven and a half years ago, on March 5, 2018.  Dkt. 39.  Given the passage of time, changes in staffing among counsel who previously worked on this case, and the nature of the arguments made in support of the motion, a brief extension is warranted.  Additionally, undersigned counsel had preplanned travel the week after Defendants' motion was filed, further necessitating the extension sought.

DATED: October 20, 2025                          By:      /s/ Peter C. Renn

                                                        Peter C. Renn
prenn@lambdalegal.org
Lambda Legal Defense and Education Fund, Inc.
800 S. Figueroa St., Ste. 1260
Los Angeles, CA 90010
Tel: (213) 382-7600 | Fax: (855) 535-2236

Monica G. Cockerille
monica@cockerillelaw.com
Cockerille Law Office, PLLC
155 W. Shoreline Dr., Ste. 100
Boise, ID 83702
Tel: (208) 343-7676 | Fax: (866) 226-2499

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 20th day of October, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James E. M. Craig
james.craig@ag.idaho.gov

Gader Brock Wren
gader.wren@ag.idaho.gov

*Attorneys for Defendants*

                                                         /s/ Peter C. Renn
                                                         Peter C. Renn
                                                         Attorney for Plaintiff