RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

GADER WREN, ISB #12108
Assistant Solicitor General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
gader.wren@ag.idaho.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>*Plaintiffs,*<br><br>v.<br><br>JULIET CHARRON[1], in her official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>*Defendants.* | Case No. 1:17-cv-00170-REP<br><br>**NON-OPPOSITON TO PLAINTIFFS' MOTION TO AMEND JUDGMENT TO VOLUNTARILY DISMISS PLAINTIFF F.V. WITH PREJUDICE [DKT. 96]** |

---

[1] Juliet Charron is the current Director of the Idaho Department of Health and Welfare. Per Federal Rule of Civil Procedure 25(d), Director Charron is automatically substituted as a party in place of all former IDHW directors.

**NON-OPPOSITON TO PLAINTIFFS' MOTION TO AMEND JUDGMENT**
**TO VOLUNTARILY DISMISS PLAINTIFF F.V. WITH PREJUDICE**

On November 11, 2025, Plaintiffs moved to amend judgment to voluntarily dismiss Plaintiff F.V. with prejudice. Defendants do not oppose Plaintiffs' motion, but nevertheless note and preserve the following facts:

1. The Court entered final judgment in this case on April 20, 2018, enjoining Defendants from "automatically rejecting applications from transgender people to change the sex listed on their birth certificate." Dkt. 43.

2. Early in this case, Plaintiffs' counsel provided Defendants' counsel with F.V.'s name; however, the provided name was not F.V.'s birth name. For this reason, the Idaho Department of Health and Welfare (the "Department") was unable to locate F.V.'s birth certificate at the time Defendants filed their motion to dissolve the permanent injunction. Dkt. 92-1.

3. After Defendants filed their motion to dissolve the permanent injunction, Plaintiffs' counsel provided Defendants' counsel with F.V.'s birth name.

4. The Department's records demonstrate that F.V. has not requested or received an amended birth certificate since the Court entered final judgment in this case.

5. The fact that F.V. never requested or received an amended birth certificate undermines the claim that failure to provide transgender identifying individuals with a birth certificate reflecting their gender identity is an irreparable harm.

* * *

With these facts noted and preserved, Defendants do not oppose Plaintiffs' motion to amend judgment to voluntarily dismiss Plaintiff F.V. with prejudice.

NON-OPPOSITON TO PLAINTIFFS' MOTION TO AMEND JUDGMENT
TO VOLUNTARILY DISMISS PLAINTIFF F.V. WITH PREJUDICE—1

DATED: December 3, 2025

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        /s/ *James E. M. Craig*
        JAMES E. M. CRAIG
        Chief, Civil Litigation and
        Constitutional Defense

        *Attorney for Defendants*

        STATE OF IDAHO
        OFFICE OF THE SOLICITOR GENERAL

        /s/ *Gader Wren*
        GADER WREN
        Assistant Solicitor General

        *Attorney for Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on December 3, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Monica G. Cockerille
monicacockerille@me.com

Peter C. Renn
Prenn@lamdalegal.org

Kara N. Ingelhart
kingelhart@lamdalegal.org

Nora Huppert
nhuppert@lambdalegal.org

Michael L. Lanosa
mlanosa@cov.com

Colleen R. Smith
csmith@cov.com

D. Jean Veta
jveta@cov.com

Henry Liu
hliu@cov.com

William Isasi
wisasi@cov.com

*Attorneys for Plaintiffs*

/s/ *James E. M. Craig*
JAMES E. M. CRAIG