UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>JULIET CHARRON, in her official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>    *Defendants*. | Case No. 1:17-cv-00170-REP |

**JOINT STIPULATION TO AMEND JUDGMENT
TO DISSOLVE PERMANENT INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 60(b) and District of Idaho Local Civil Rule 7.3, the undersigned parties hereby stipulate that the Court amend the judgment in this action to dissolve the permanent injunction.[1]  In support, the parties state as follows:

  1.  This Court entered final judgment in this case on April 20, 2018 (ECF No. 43).

  2.  As part of the Court's judgment, the Court permanently enjoined "Defendants and their officers, employees, and agents" from "practicing or enforcing the policy of automatically rejecting applications from transgender people to change the sex listed on their birth certificates." By order of June 1, 2020 (ECF No. 58), this Court clarified that this injunction bars "IDHW Defendants and their officers, employees, and agents from automatically rejecting applications

---

[1] Separately, Plaintiff F.V. moved to voluntarily dismiss F.V. from the case with prejudice, and Defendants have filed a non-opposition to that motion.

from transgender people to change the sex listed on their birth certificates" and, *inter alia*, "require[s] that IDHW Defendants and their officers, employees, and agents accept applications made by transgender people to change the sex listed on their birth certificates." By order (ECF No. 75), this Court further clarified that the injunction continues to apply notwithstanding Idaho Code § 39-245A, which was enacted in March 2020 and became effective on July 1, 2020. By its terms, the Court's injunction reaches beyond the named Plaintiffs.

3.  On October 3, 2025, Defendants filed a motion to dissolve the permanent injunction under Federal Rule of Civil Procedure 60(b)(5) (ECF No. 92). Defendants observed that the Supreme Court recently concluded in *Trump v. CASA, Inc.*, 606 U.S. 831 (2025), that "universal" injunctions "likely exceed the equitable authority that Congress has granted to federal courts" unless necessary to "administer complete relief between the parties." *Id.* at 837, 851 (emphasis omitted). Defendants further pointed out that Plaintiff Dani Martin has received an amended birth certificate pursuant to the judgment entered by the Court.

<u>*Dissolution of Permanent Injunction*</u>

4.  Plaintiff Dani Martin and all Defendants in turn stipulate and agree that this Court may amend the judgment to dissolve the permanent injunction.

5.  Plaintiff Dani Martin states that Plaintiff has entered this stipulation based on Defendants' representation that they have no intention to rescind any birth certificate amendments that have been made pursuant to this Court's injunction.

Accordingly, based on this stipulation and F.V.'s motion to voluntarily dismiss F.V. from this case, the parties jointly stipulate that the Court enter the accompanying order amending the judgment to dismiss Plaintiff F.V. from this action with prejudice and to dissolve the permanent injunction.

DATED this 5th day of December, 2025.

By: /s/ Peter C. Renn

| | |
|---|---|
| Peter C. Renn (Admitted *Pro Hac Vice*) | Monica G. Cockerille |
| prenn@lambdalegal.org | monica@cockerillelaw.com |
| Lambda Legal Defense and Education Fund, Inc. | Cockerille Law Office, PLLC |
| 800 S. Figueroa St., Ste. 1260 | 155 W. Shoreline Dr., Ste. 100 |
| Los Angeles, CA 90010 | Boise, ID 83702 |
| Tel: (213) 382-7600 | Fax: (855) 535-2236 | Tel: (208) 343-7676 | Fax: (866) 226-2499 |
| | |
| Nora Huppert (Admitted *Pro Hac Vice*) | D. Jean Veta (Admitted *Pro Hac Vice*) |
| nhuppert@lambdalegal.org | jveta@cov.com |
| Lambda Legal Defense and Education Fund, Inc. | Covington & Burling LLP |
| 3656 North Halsted St. | One CityCenter |
| Chicago, IL 60613 | 850 10th St NW |
| Tel: (312) 663-4413 | Fax: (855) 535-2236 | Washington, DC 20001 |
| | Tel: (202) 662-5294 |

*Attorneys for Plaintiffs*


STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: /s/ James. E. M. Craig
JAMES E. M. CRAIG
Chief, Civil Litigation and Constitutional Defense

STATE OF IDAHO
OFFICE OF THE SOLICITOR GENERAL

GADER WREN
Assistant Solicitor General

Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073

*Attorneys for Defendants*