# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| F.V. and DANI MARTIN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JULIET CHARRON, in her official capacity as Director of the Idaho Department of Health and Welfare; ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health for the Idaho Department of Health and Welfare; and JAMES AYDELOTTE, in his official capacity as State Registrar and Chief of the Bureau of Vital Records and Health Statistics,<br><br>　　　　　　Defendants. | Case No. 1:17-cv-00170-REP<br><br>ORDER AMENDING JUDGMENT AND DISSOLVING PERMANENT INJUNCTION |

　　　　Before the Court is Defendants' Motion to Dissolve Permanent Injunction (Dkt. 92) and Plaintiff F.V.'s Motion to Amend Judgment to Voluntarily Dismiss Plaintiff F.V. With Prejudice (Dkt. 96). On December 3, 2025, Defendants filed a Non-Opposition Response to Plaintiff F.V.'s Motion to Amend Judgment to Voluntarily Dismiss Plaintiff F.V. With Prejudice (Dkt. 99). Then, on December 5, 2025, the parties filed a Joint Stipulation (Dkt. 100) that the judgment in this action be amended and the permanent injunction be dissolved. Having reviewed the pleadings, and being duly informed, the Court enters the following order:

1. The parties' Joint Stipulation (Dkt. 100) is ACCEPTED.

2. Plaintiff's Motion to Amend Judgment to Voluntarily Dismiss Plaintiff F.V. With Prejudice (Dkt. 96) is GRANTED. The judgment entered on April 20, 2018, as clarified by the orders of June 1, 2020, and August 7, 2020, is AMENDED to reflect that Plaintiff F.V. is DISMISSED from this action, with prejudice.

3. The same judgment is AMENDED to reflect that the permanent injunction is DISSOLVED.

SO ORDERED.



DATED:  January 8, 2026

_____
Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge